Respectfully Submit,          s/ *Lise Rubin*   Electronically signed.

Lise Rubin      677 Kent Ave. Teaneck, NJ 07666

917-513-2630

## V. ADMINISTRATIVE PROCEDURES

### A. EEOC

    Filed with EEOC on 10/31/2019

    Charge attached

    Right to Sue Letter attached - dated 9/5/2020

### B. US Department of Education, Office of Civil Rights, 11/26/2019

    Complaint attached

    Defendants.

AND INDIVIDUALS LISTED:

**Defendants Individually, and/or as Public Officers Acting under Color of Law**

### A. Defendant Information

    New York City Board of Education, aka BOE and DOE

    New York City Special Commissioner of Investigation

**Defendants Individually, and/or as Public Officers Acting under Color of Law**

Positions at NYC Special Commissioner of Investigation

1. Anastasia Coleman, Commissioner of SCI
2. Daniel Schlachet, First Deputy Commissioner
3. Michael Biscogna, SCI Chief Investigator

Positions at New York City Board of Education

4. Susan Epstein, Director of Compliance and Contracts, Office of Related Services ORS
5. Katherine Witzke, Principal, Public Elementary School M009, Sarah Anderson School
6. Ilene Altschul, Superintendent, Manhattan District 3
7. Howard Friedman, General Counsel
8. Henry Bluestone Smith, Chief of Staff, Office of General Counsel
9. Joseph A. Baranello, Deputy Counsel & Chief Privacy Officer
10. Toni Gantz, Executive Deputy Counsel, Employment & General Practice
11. Ilene Lees, Director, Office of Special Investigations OSI
12. Christine Novak, OSI Deputy Director
13. Julia Busetti, Agency Attorney
14. Michael van Biema, Executive Director, Office of Related Services
15. Darnell Young, Director, Occupational Therapy, former Supervisor Manhattan District 6
16. Alexis Lantzounis, Supervisor of Occupational Therapy, Manhattan District 3
17. Katherine G. Rodi, Esq., Executive Director, Office of Employee Relations
18. M009 teacher Cowan.
19. Michael van Biema, Executive Director, Office of Related Services
20. Darnell Young, Director, Occupational Therapy, former Supervisor Man Dist. 6
21. Alexis Lantzounis, Supervisor of Occupational Therapy, Manhattan District 3
22. Katherine G. Rodi, Esq., Executive Director, Office of Employee Relations
23. M009 teacher Cowan.