UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISE RUBIN,

                    Plaintiff,

      -against-

NEW YORK CITY BOARD OF EDUCATION, *et al.*,

                    Defendants.

20-CV-10208 (LGS)

ORDER OF SERVICE

LORNA G. SCHOFIELD, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants: New York City Board of Education; New York City Special Commission of Investigation; Anastasia Coleman; Daniel Schlachet; Michael Biscogna; Susan Epstein; Katherine Witzke; Ilene Altschul; Howard Friedman; Henry Bluestone Smith; Joseph A. Baranello; Toni Gantz; Ilene Lees; Christine Novak; Julia Busetti; Michael van Biema; Darnell Young; Alexis Lantzounis; Katherine G. Rodi; and M009 Teacher Cowan. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:  January 4, 2021
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**