# A STATE SPECIAL EDUCATION COMPLAINT
## BASED UPON A THERAPIST'S COMPLIANCE AUDIT
### MARCH 7, 2019
### SUBMIT BY LISE RUBIN, M.ED., OTR/L

COMPLAINT MADE TO NEW YORK STATE EDUCATION DEPARTMENT [NYSED]
SPECIAL EDUCATION QUALITY ASSURANCE [SEQA]
NEW YORK CITY OFFICE

COMPLAINT FOR: INTENTIONAL FALSIFICATION OF STUDENT SESIS RECORDS AND
COMPLIANCE DATA AT MANHATTAN DISTRICT 3, P.S. 009

COMPLAINT ON: OFFICE OF RELATED SERVICES
NEW YORK CITY SCHOOLS

### ILLUSTRATION:
### SESIS CALENDAR
### CORRECTIONS OF MISCLASSIFICATION ERRORS
### IN *OCCUPATIONAL THERAPY SERVICES COMPLETED for STUDENT*
### SIX OUT OF TEN CERTIFIED SESSIONS DID NOT HAPPEN.

Occupational Therapy Services Completed for Student:



| October 2018 Services | | | | | | | Totals | CORRECTED |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat | Completed | |
| DID NOT HAPPEN | 1 | 2 30m | 3 OT 30m | 4 | 5 | 6 | OT (60) | OT (30) = 1 SESSION |
| 7 DID NOT HAPPEN | 8 | 9 30m | 10 30m | 11 DID NOT HAPPEN | 12 | 13 | OT (60) | OT (0) = 0 SESSIONS |
| 14 DID NOT HAPPEN | 15 | 16 OT 30m | 17 OT 30m | 18 | 19 | 20 | OT (60) | OT (30) = 1 SESSION |
| 21 | 22 | 23 OT 30m | 24 OT 30m | 25 | 26 | 27 | OT (60) | OT (60) = 2 SESSIONS |
| DID NOT HAPPEN | | 30m | 31 | DID NOT HAPPEN | 2 | 3 | OT (60) | OT (0) = 0 SESSIONS |
| | | | | | | Totals in October: | OT (300m) | OT 120 MINUTES = 4 SESSIONS |

SESIS DATA SHOWS 10 SESSIONS IN OCTOBER, 30 MINUTES EACH, TOTAL OF 300 MINUTES OF
OCCUPATIONAL THERAPY SERVICES PROVIDED, COMPLETED AND CERTIFIED.
**SIX OF THESE CERTIFIED SESSIONS DID NOT HAPPEN.**
ONLY 4 SESSIONS WERE ACTUALLY PROVIDED FOR OCTOBER 2018.

March 7, 2019
## A STATE COMPLAINT & A THERAPIST'S COMPLIANCE AUDIT -
## AGAINST THE OFFICE FOR RELATED SERVICES FOR NEW YORK CITY SCHOOLS
AS PROVIDED AT:
Manhattan District 03, PS 009, Sarah Anderson School
100 West 84th Street, NYC

Primary Complaints:

1. A NYC schools employed occupational therapist has knowingly and intentionally defrauded some of her students of mandated occupational therapy services; by making false entries into their SESIS IEPs, in which she decreased services in frequency and level; without parental authorization or knowledge; and then attempted to make it look reasonable by attaching IEP attendance pages, but which were from the prior school year.
2. SESIS data is being systematically falsified and certified to incorrectly show greater compliance, whereas it is actually decreased. These students have lost 50% of their mandated sessions, while ORS claims them to have been fully assigned.
3. Staffing of Occupational Therapy Services is inadequate by 50% at this school.
4. The IEPs are not being implemented, resulting in a lack of progress for the entire school year.
5. Failure to have services in place "At the beginning of the school year", in violation of IDEA B, Section 1414(d) (2) (A).
6. The facts of the significant loss of services have been withheld from parents.

This State Complaint is directly against the Office of Related Services for the New York City Schools. Specifically, it names the following primary individuals as having intentionally acted, and failed to act, in violation of their duties to enable students to achieve the benefits of IDEA Section B; so as to be able to actualize their rights to a Free, Appropriate, Public Education; and to do so through professional compliance with Medicaid in Education (SSHSP) standards and regulations, which represent the lowest level of professional performance for rehabilitation professionals. The District 3 superintendent refused to intervene on behalf of the students.

Primary Parties Complained Against:
Michael van Biema, Director of the Office of Related Services for New York City Schools
Susan Epstein, Director of Compliance and Contracts for the Office of Related Services for New York City Schools
Alexia Lantzounis, Manhattan District 03 Occupational Therapy Supervisor
Irene Altschul, Superintendent for Manhattan District 03

The subject children's parents are all receiving a copy of this State Complaint, and are being invited to sign on if they would like to become directly involved.
Because the essential corruption of the SESIS system is of great interest to all special education students across the boroughs, and their parents have a right to know about this, this State Complaint is being shared with many child advocacy and governmental groups.
An immediate resolution must include giving parents direct access to their children's SESIS accounts, along with notification for all document changes.
Respectfully Submit, on Behalf of the Subject Students; and those similarly affected across NYC Boroughs,
Lise D. Rubin, M.Ed., OTR/L                    March 7, 2019

# A STATE COMPLAINT          MARCH 7, 2019
## TABLE OF CONTENTS
### Part I. PARTIES SUBJECT TO THE COMPLAINT

Michael van Biema, Director of the Office of Related Services for New York City Schools
Susan Epstein, Director of Compliance and Contracts for the Office of Related Services for New York City Schools
Alexia Lantzounis, Manhattan District 03 Occupational Therapy Supervisor
Unnamed, Direct Service NYC Schools Employee Occupational Therapist
Secondary Parties Against Whom this Complaint is brought:

    Irene Altschul, Superintendent for Manhattan District 03
    Katherine Witzke, Principal of the Sarah Anderson School (03M009)

Resume

## Part II. INTRODUCTORY NARRATIVE

1. Caseload / Workload - Failure to Provide Sufficient Staffing causing massive FAPE loss
2. Current Complaint / Audit Population
3. The Learning Disability of Dysgraphia, Assistive Technology Evaluation Copy-Out, and Occupational Therapy Service Failure
4. Necessity of High Quality Reports, Documentation and IEPs for Effective Service Delivery: Longitudinal, Case Study Perspective in Occupational Therapy Failure; Baseline Failure = No Progress Made. When *Good* and *Excellent* are Bad News. Not so SMART Goals.
5. Worthless Documentation for 4 Years = FAPE Failure, + Huge Mess to clean up, All Unfunded.
6. <u>SYSTEMIC AND INTENTIONAL I.E.P. NONCOMPLIANCE - Not one of the IEPs has been implemented</u>
7. Orton Gillingham Language Arts Methodology and Occupational Therapy. Why the *Handwriting Without Tears* program is contraindicated.

## Part III. THERAPY QUANTITATIVE COMPLIANCE AUDIT
### Certified & *Completed Services* DID NOT HAPPEN

1. Systemic, Falsified Certified Therapy Sessions which DID NOT HAPPEN; Students Defrauded of Mandated Services; Compliance Data Corrupted; Examples of 60% to 67% Actual Mandate <u>Noncompliance</u>; Claimed 100% Compliance for 6/10 missed sessions. Pages 10B + C.
2. DATA RESULTS – For Period of September through December 2018;
3. Basis of Data Analysis – 70 school days, 15 students, 420 sessions owed
4. Initial SESIS Mandate Compliance Data Results: 420 sessions owed, 284 sessions certified = 68% Compliance, 32% Non-compliance. SESIS data certified that 284 sessions were completed, for a compliance rate of 68%, and a non-compliance rate of 32%. This data migrated outwards across the data system.
5. Pervasive Session Misclassification: Sessions Certified, but which Did Not Happen
80 Misclassified Sessions out of the original 284 certified sessions = 28% certified in error

**Summary Table: Distribution of Types of DID NOT HAPPEN Errors in SESIS *Occupational Therapy Services Completed for Student*, but which Did Not Happen. September – December 2018.**

| Error A Did Not Happen - Therapist Meeting | Error B Did Not Happen- -Therapist Gone | Error C Did Not Happen- -Student in School | Error D Did Not Happen- -Student Absent | Total Did Not Happen Errors |
|---|---|---|---|---|
| 15 | 38 | 11 | 16 | 80 |

6. Results: Re-Calculation of Mandate Compliance based on Corrected Services Completed Data; 420 sessions owed, 204 sessions Actually Happened = 49% Compliance, 51% Non-compliance

**Table: Corrected Compliance Rates for Student Session Mandates, September thru December 2018**

| Mandated Sessions | Sessions Actually Happened | Actual Compliance Rate % | Actual Non-Compliance Rate % |
|---|---|---|---|
| 420 | 204 | 49% | 51% |

### State Special Education Complaint
### Part IV. SPECIFIC COMPLAINTS:

**Complaint Area I.** The NYC Schools Employee Therapist is Changing IEP Mandates and defrauding students of mandated services.

**Complaint Area II.** *Robbing Peter to Pay Paul* – Therapist Misclassification of time use in SESIS. Mandated Services Compliance is only 50%.

**Complaint Area III.** Failure to have services in place at the start of the school year.
Pervasive and Willful Violations of IDEA Section 1414, (d) (2) (A). IEP program must be in effect at the beginning of the school year.  Systemic Policy is Causing Provider Assignment Problems By Related Services Administration, including Director of Compliance; Intentional failure to allow and support occupational therapy providers; and instead assertively undermines timely provision of therapy services.

**Complaint Area IV.** Untenable policy to limit Occupational Therapy treatment sessions; Limited to only maximum of 30 minute sessions; apparent prohibition against frequency over two times per week.

**Complaint Area V.**  SESIS has become too user friendly, causing serious threat to integrity of student records.

**Complaint Area VI.** Failure to Implement existing IEPs; Prohibited, Unauthorized and Zealous use of IEP Amendments and Modifications to decrease services.

**Complaint Area VII.** Why is the Union taking Special Education Complaints?

**Complaint Area VIII.** Continual and Intentional Violation of 20 US Code Section 1414 (b)(2)(C) and Section 1414 (b)(3)(A)(iii) and (v) – By Promulgating the: *Use of instruments which are not technically sound; of assessments used for purposes which are not valid or reliable; and use contrary to directives and instructions of the producer of such assessments.*
- *And by so doing, they are depriving students of their FAPE rights, and undermining the entire evaluation, IEP and treatment process.*
- ***New York City School administration should be embarrassed and ashamed to be using such an invalid, foolish and primitive instrument.***

Lise D. Rubin, M.Ed., O.T.R./L.
Occupational Therapist
677 Kent Ave., Teaneck, NJ 07666
917-513-2630
Email: Info@ OTNY.INFO
**RESUME**
**August, 2016**

**OBJECTIVE:** Position evaluating and providing services to students in community based educational settings. Will consider training, development, Quality Assurance and supervisory duties

**Professional Credential - Licensed Occupational Therapist:**
> **New York State Lic. # 001374**
> New Jersey License # 46TR00696600
> New Jersey Dept. of Education School Occupational Therapist Certificate #1002151
> Massachusetts License # AH 355 **Educational Summary:**

- B.S. in Occupational Therapy, Tufts University, 1974, Magna cum Laude
- M.Ed.- Masters in Education, Elementary Education and School Psych, Tufts University, 1974
  - Boston University, 1989 - 1996 - Therapeutic Studies, Doctoral program. Studied under Dr. Sharon Cermak,. Specialization: Test reliability, design and validation; Early Childhood Screening methodology; Sensory Integration Assessment & Treatment
- Boston College, Chestnut Hill, Massachusetts, 1978 - 1982 - Joint matriculation, Business School Masters (MBA) and Education School, Doctoral Program (Ed.D.) Education School. Emphasis: Educational Psychology, Tests and Measures, Developmental Disabilities, Special Education, Personnel & Industrial Psychology; Accounting.

**New - July, 2015** – Completed the Clinical Training Program for the ***Developmental Test of Visual-Motor Integration, 6th Edition***, [V.M.I], from Western Psychological Services.

**Professional Activities Summary**
- A.O.T.F. (American Occupational Therapy foundation) support for research project, "Performance of Five, six and Seven Year Olds on the ***First STEP Screening Test for Preschoolers***, Miller, 1995
- ***FirstSTEP*** Trainer of Trainers
- Maternal and Child Health Leadership Training Grant, 1995-96
- Clinical Associate of Occupational Therapy, Boston University 1995 - 1997. Appointment by Sargent College of Allied Health Professions, Boston University, for Fieldwork Student Training & Supervision of Masters' level occupational therapy students.
- Sensory Integration Certified,1996
- School Psychologist & Teacher, K - 8; Severe and Moderate Special Needs; Certification, Massachusetts

**Professional Experience - General**
General: 30 years as an occupational therapist, in roles of clinician, educator, personnel & family educator, administrator; program developer.
Experience with documentation for Home Care & Facilities-based, Medicare A & B, Prospective payment systems; Competent with Computer documentation systems
**Prior Duties have included:** Evaluation, assessment, treatment, consultation, training, program development

Age range: Infants through geriatric

Settings: Schools, home-based early intervention; Home Health / Home Visiting; Facility based at Skilled Nursing and Long Term Care Facilities; Home Safety Evaluations

**Recent Professional Positions: Occupational Therapist**

September 2012 – Current – Occupational Therapist, Independent Practitioner, for NYC Schools students at public and private schools, including:

> Ascension School, West 108th Street
>
> Bais Jacob of the Lower East Side
>
> SAR Academy, Riverdale, Bronx

January – March 2011 – Performed Independent Medicaid audit of therapy services for the Cardinal Cooke Health Care Center, 1249 5th Ave., NY, New York, Community Clinics for Developmental Disabilities clients. Located significant and previously unidentified errors and reimbursement risks.

August, 2009 - June, 2010 - Mitchell Martin, Inc., Manhattan, New York -Temporary placement positions in New York City including Jewish Home & Hospital, Bronx.

November, 2009 - March, 2010 - Fort Tryon Rehabilitation and Nursing Center, Washington Heights, New York

2008-2009 - Aegis Therapies / Golden Living Centers, Ohio - Western Reserve, Kirtland, Ohio - Full Service Facility, including Sub-Acute Unit, Skilled nursing, Alzheimers' Care Unit, and Long Term Care Unit.

- Judson Retirement Community, Cleveland Heights, Ohio - Therapy Department for all levels from sub-acute, long term care, assisted and independent living. Long term sub., Per Diem on call as needed.

- Little Sisters of the Poor - Cleveland, Ohio - Full Service Facility, Skilled Nursing, Long Term Care, Assisted and Independent Living

2004 - 2007 - Per Diem and Long Term Substituting: The Greens of Lyndhurst, Ohio - Full Service facility, subacute, skilled Nursing, Long Term Care, Assisted and Independent Living **Home Health:**

- University Hospitals, Home Care, Cleveland, Ohio

- Consultation and Training services to Local Nursery School programs.

**Other:**

2000 - 2001 Instructor in Quantitative Analysis, Hampshire College, Amherst, Mass.

- Provider of home-based evaluation, treatment, consultation and training, Occupational Therapy services Western Massachusetts. Included traditional visiting nurse / home based services with elderly and early intervention age groups

- Stavros, Center for Independent Living, Amherst, Massachusetts - Evaluations Prior to 2000:

1995 - 1999 - Occupational therapy practice, employee and private practice, and Occupational Therapy student affiliation supervision

- CHARMSS Collaborative, Stoughton, Mass. - Natick Public Schools

- Walpole and Dedham Visiting Nurse Associations Therapeutic Program Emphasis: Dual Diagnosis

- Massachusetts Bar Association - Program Director for start-up of Mentally Retarded Offenders Treatment and De-Institutionalization program. In conjunction with Mass. Department of Mental health and mass. Correctional Facilities, Bridgewater State Hospital; initiated and administered a treatment program based at Bridgewater State Hospital, Maximum Security Facility, for "the

Criminally Insane". Over a two year period, built the program from a $20,000 prison-based startup grant, to a 4 city community residential, intensive staffing, community based network.

Other Professional Experience - Education and Training Focus:

- Consultant contract with the Worcester Area Health Education Consortium, included design, development and initiation of a number of manpower training projects and educational programs, such as providing leadership for the development of a new Occupational Therapy Higher Education program at Worcester State College, including initial curriculum development.
- Mass. Department of Mental Health & Mental Retardation, Office of Staff Training and Manpower Development - Provided leadership and training to enhance and attract OT employment in mental retardation area practice, leading to the founding of the Worcester State College OT program.
- Instructor at University of Massachusetts, Boston, in the Master's degree, Moderate Special Needs program, training teachers; Participation in the design of a revised, competency based curriculum. Provision of course instruction and field-based training to over 100 teachers, throughout school systems, from Boston to Duxbury.
- University appointments and Fellowship in education and occupational therapy, instructing students at the associate, undergraduate and graduate college level, at Tufts University, Boston University, Mount Ida (Junior) College, Boston College.
- Designed and administered a CETA manpower training grant in the 1970's, including an innovative teacher training program, which led to the employment of previously unemployed participants.
- Independently started a non-profit Early Childhood Center, including preschool and toddlers, which provided nursery school and full day care services, program commended for excellence by Massachusetts Office for Children.

file: Resume.2016.8