## Part II. INTRODUCTORY NARRATIVE

**1.   Caseload / Workload Failure to Provide Sufficient Staffing, causing Massive FAPE loss**

PS 009 has 3 classes at grades K to 5, with an ICT classroom at each grade. The ICT classrooms have students with higher than typical occupational therapy services needs which must be engineered to be available to all students so placed, but which does not occur. Personnel are not assigned based on caseload or workload size. Instead, occupational therapists are coerced to cut the caseload down to fit their solo operation. In some cases, one therapist is assigned to cover 2 such schools, as had been the case at PS 009 in school years 2013- 2014 through 2016 – 2017, with pervasive student failure as a result.

According to the NYC Schools Office of Medicaid Compliance, Manhattan's PS 009 started the school year  2018 - 2019 with 31 students having mandates for occupational therapy services. This roughly translates to 31 hours of direct treatment / service delivery time, which should have been in place on the first day of school this year, but was not.

NYC employee status therapists carry a direct service treatment caseload of a maximum of 20 hours per week, or 40 thirty minute sessions. This means that 31 hours of treatment is a 1.5 FTE (full time equivalent), or one full time and one half time occupational therapist. There are additional duties and service needs, such as doing screenings, consulting to teaching staff, and participating in problem solving for students who do not have OT mandates. The net result is that the school needed to start this school year with something like 2 full time equivalencies to meet the known needs of students with mandates and the other needs. Instead, only one therapist was assigned. Had the Office of Related Services allowed last year's independent provider to also continue, the extensive loss of services and lack of progress this year would have been prevented, and the students benefitted.

For further information on how to develop therapist assignment methods, see the North Carolina Medicaid in Education Workload Assignment model, of which 2 pages are attached. **[See attached page 5B]**

(page 5B). This model shows that for every hour of direct service treatment, the workload requires a multiple of 1.7 to 2.7 for actual hours needed to complete the work tasks. This is the multiple per treatment time, regardless of if it might be a group service, which is good as it avoids the scenario active in NYC Schools, which results in therapists changing services to groups to benefit the therapist's schedule, even though it is often worthless as a therapeutic intervention for the student. Using the North Carolina system, for the 31 hour treatment load, one needs from 52.7 hours to 83.7 hours of personnel time per week. With Medicaid reimbursement, this ends up being a bad plan.

## 2.   Current Complaint / Audit Population:

Included in the 31 students with mandates for occupational therapy are 15 students in grades one to four, who attended PS 009 last year. In last year's group of students in occupational therapy, two students moved up to Grade 6 in middle schools, and have again had very serious problems with lack of OT services due to no one following up on the transfers. They also had problems with lack of OT services in the years they attended Manhattan's PS 009, resulting in poorer outcomes at this time. Two students left first grade and went to private schools, one a special education school for which the city is now paying. One student moved to a charter school, and also experienced a lack of services; the for-profit vendor assigned someone not available, and forgot about it for a couple of months. One student moved out of NYC, to a community in New Jersey with a reputation for good special education programs.



**North Carolina Department of Public Instruction**
Exceptional Children Division
*Supporting Teaching & Related Services Section*

**LAURIE RAY**, *PHYSICAL THERAPY & MEDICAID CONSULTANT*
**919-636-1827**    laurie_ray@med.unc.edu

**LAUREN HOLAHAN**, *OCCUPATIONAL THERAPY & MEDICAID CONSULTANT*
**919-843-4466**    lauren_holahan@med.unc.edu

**PERRY FLYNN**, *SPEECH-LANGUAGE PATHOLOGY CONSULTANT*
**336-256-2005**    pfflynn@uncg.edu

**Guidance in Determining FTE & Workload for Occupational Therapy, Physical Therapy, and Speech-Language Pathology Staff**

This document is intended to provide guidance to building- and district-level administrators or their designees on how to determine workload and allocate staff to provide school-based speech-language, occupational, and physical therapy. The number of related service staff required in an individual LEA depends on several factors. Mainly, full-time equivalent (FTE) allocation is driven by the collective service delivery time on all IEPs where related services or primary speech services are indicated. **The IEP must accurately reflect service delivery**. If service to a particular student/team routinely differs from the documented IEP time, the IEP team should meet and amend the IEP. In addition to IEP contact hours, the provider workload includes:

- IEP meetings
- Pre-referral meetings and screenings
- Evaluations and observations
- Documentation, including Medicaid logging
- Case management (for SLPs only)
- Provider assistant supervision, when applicable
- Program consultation
- Communication & consultation with staff/parents/outside agencies
- Travel between sites (varies based on number of sites served and distance between sites)
- Equipment acquisition, maintenance and training
- Intervention planning and scheduling
- Professional development
- Staff meetings, site-based committee meetings, and site-based duties, as assigned
- Lunch

The formula to compute the required FTE for a related service at a given site, or an entire LEA, is based on the number of IEP contact hours. Using this formula requires accurate workload data management; LEAs are encouraged to obtain updated caseload rosters, by school or site, from each provider on a frequent (e.g. monthly, quarterly) basis. Please see Appendix A - Sample Roster. (Actual rosters include confidential student information and are subject to Family Educational Right to Privacy Act.) Minimal requirements for a school's therapy roster include:

- STUDENT NAME/DOB
- SCHOOL
- FREQUENCY OF SERVICE (e.g. 1x30 minutes/week)
- IEP CONTACT HOURS PER WEEK, for example (provided as example only; actual service frequency should be determined based on each student's need and may not appear below):
  - 1x30 minutes/week = .5
  - 1x60 minutes/week = 1.0
  - 2x30 minutes/week = 1.0
  - 1x30 minutes/month = .125
  - 2x45 minutes/month = .375
  - 7x30 minutes/9-week reporting period = .38

Therapists and therapy assistants should complete separate workload assessments; data regarding supervision time is entered in the waiver request document. Supervised therapy assistant workload will be considered with the supervising therapist's workload when waiver determinations are made.

NCDPI Consultants can help LEAs determine the number of FTE needed and the relative productivity of existing staff, if required student data is available, using the following method for:

A. PT OT and SLP staff:

1. The weekly IEP contact hours for the site or provider are totaled.
2. Total IEP contact hours are then multiplied by a factor ranging from 1.7 - 2.7 to derive the number of service hours needed to effectively serve the site (See Appendix A).
3. The service hours are then divided by 40 (1 FTE). The resulting number indicates the number of FTE needed for the site or the percentage FTE the provider is using.
4. Based on this factor, one FTE can be expected to deliver somewhere between 20-22 IEP contact hours per week, depending on the severity of students served, evaluation load, and distance between/number of sites served.

Case 1:20-cv-10208-LGS-KHP   Document 12-4   Filed 06/03/21   Page 3 of 14

The data and problems reported here are based upon what has happened to these remaining 15 students in the current 2018-2019 school year, and all of whose primary obstacle to attaining their FAPE rights has been dysgraphia, a specific learning disability which causes an inability to develop functional written communication skills within the normal academic program instruction. Specialized and highly individualized instruction with these students is successful. The diagnosis of learning disability is rarely made in NYC Schools, instead leaving vague labels such as language problem, causing a loss of rights and opportunities for the student.

### 3. The Learning Disability of Dysgraphia, Assistive Technology Evaluation Cop-Out, and Occupational Therapy Service Failure

In the NYC Schools, the solution to the problem of Dysgrasphia has been given over to occupational therapists, who have generally failed to implement sufficient programming, in quantity and quality, to mitigate the underlying problem. It requires many years of solid, individual treatment, first of the behavioral issues and phobias brought on by not being able to function in school, then specific methods applied to develop kinesthetic motor memory for writing tasks, and individual instruction in touch typing, as these students also have difficulty in developing the motor skills for typing.

The NYC Schools dysgraphic students are not even given a fair chance to develop the necessary minimal written communication skills. When the student gets to grade 3, and the occupational therapy program has already failed him over the years, the student will not have developed the minimal skills of functional written communication. Instead of recognizing that the occupational therapists have not fulfilled their duty, and to backtrack with higher quality services, an Assistive Technology assessment is sought, but fails to make any meaningful difference for the student.

With dysgraphic students, the only thing an Assistive Technology eval does is recommend using a laptop. One does not need an additional assessment to be able to let the student use a laptop. The occupational therapist can write it into the IEP as part of an Annual Progress Report. However, these students also have difficulty in learning to type, so if they are going to use a laptop they require the individual instruction in touch typing from an occupational therapist, as no one else will do it, and the optimal techniques for these students utilize sensory motor and vision limiting methods. They cannot keep looking at their hands and the keyboard and type efficiently. There is no room left on the memory plate to actually think when using hunt and peck. Similarly, if they have not learned the basics in handwriting, which includes capitalization of first letters in sentences and the use of punctuation, legible typing will be impaired.

Similar criticism should be made of the overuse of scribes and paraprofessional "shadows", instead of occupational therapists providing solid services to mitigate the underlying functional dysfunction. Blame the OT program, and the failure of the school to support and demand good services.

### 4. Necessity of High Quality Reports, Documentation and IEPs for Effective Service Delivery: Longitudinal Perspective & Current Year's Failures
#### When *Good* and *Excellent* are Bad News:

In the beginning of the last school year, 2017-2018, none of the students' IEPs had measurable, useful or objective annual goals, and there was no baseline on which to measure performance, nor on which to base treatment plans or measure progress. This is typical in NYC Schools Occupational Therapy practice.

## Longitudinal, Case Study Perspective

As of November, 2017, the following IEP "Goal" was seen in almost all of the IEPs, with minor differences, absent any baseline data:

> Occupational Therapy: Within one year, given upper body and hand strengthening activities, guided practice and peer modeling, (the student) will write two sentences of legible writing (placing a majority of letters/words on the line, spacing words, and appropriate use of margins). When required, (the student) will include a self portrait with: 2 feet, 2 legs, body, 2 arms, 10 fingers, neck, head, facial features, and hair.

There was no explanation as to why drawing a self-portrait, which is used as a clinical indicator, not an objective; was so important, and ignored that most of the students had already generally achieved the goal.

The older students had this shortened version:

> Occupational Therapy: Within one year, given multi-sensory practice and guided practice (student) will copy 2-3 sentences spacing his words with fair line regard, margin use, and legibility with no more than 2 verbal reminders by therapist.

These are not useful, objective, measurable annual goals, and especially with no baseline of performance. These are subjective goals, and useless. None of the terms has been operationalized to enable measuring or giving a baseline. For example, it refers to spacing words with "fair line regard" but this is not countable or measurable. Perhaps it is referring to the concept of alignment. If so, it should have included a measurement range for a goal, such as within one millimeter of the line in 95% of the letters. It is not surprising that the IEPs included the requirement to measure quarterly if the goal has been achieved, but this did not happen.

The same worthless objective was repeated each year, with minor modifications, across the students, making it not individualized. Each quarter the IEP drop down "Progress Report" certified that progress was made, goal not yet met, but "Anticipate meeting goal." At no time was there any documentation as to the actual performance. When the students were first seen in November 2017, none of them had actually come close to meeting any of the prior years' IEP annual goals, to the extent that one could make an objective determination. Instead, they were depending on scribes, unable to write or type, and falling further behind. Some had already had Assistive Technology Assessment, and which had no impact on the downwards direction on their academic performance.

Meanwhile, the school's NYC Employee status occupational therapist continued her routine progression over the years, decreasing services in the IEPs, without the students making progress. See the attached case study [See attached page 7B] of Occupational Therapy Failure over 4 years of no progress, no typing instruction, but with a full time scribe, a laptop, and an Assistive Technology Evaluation in 2015.

## Baseline Failure = No Progress Made

The failure to maintain baseline documentation is a source of failure to receive Medicaid reimbursement. Why does NYC Schools allow services when practitioners fail to show benefit? More importantly, why does NYC Schools, Office of Related Services, allow therapists to see students when they cannot prove that they are actually providing a useful service?

Medicaid compliance is the minimal professional standard, and is mandatory. A therapist has a duty to cause students' performance to objectively and measurably improve. This is the only justification for providing skilled services. If there is no progress, then the services, by definition, are not skilled and are not reimbursable.

Case 1:20-cv-10208-LGS-KHP   Document 12-4   Filed 06/03/21   Page 5 of 14

**A State Special Education Complaint**
*A Therapist's Compliance Audit*
*Co. 2019 Lisa D. Rubin, M.Ed., OTR/L*

## Case Study in Occupational Therapy Failure

The following is an example of how Occupational Therapy Failure plays out in a student's elementary school years. Most of the vague, unmeasurable terms have been italicized. The use of the initial phrases on "multi-sensory practice" are meaningless, make no sense clinically, and do not belong in an annual goal. In all progress reports, the same items were checked off:

> Progress made; goal not yet met, Anticipate meeting goal.

Yet, at no time was any goal checked off as having been met.
There was an OT Progress Report dated 11/21/2014. It had two annual goals:

> OT: Within one year, (the student) will copy 2-3 sentences spacing his words *appropriately*/line regard/ margin use with *good legibility* with no more than 2 verbal reminders by therapist.

> OT: Within one year, (the student) will *practice* keyboarding strategies including finger placement and memorize home row keys.

The touch-typing goal was only "to practice", not to actually perform and achieve skills. But it did not matter, as the goal was not included in the IEP, nor was there any instruction in keyboarding. There was, however, an Assistive Technology Evaluation dated 1/25/2015, which documented the student's typing at 3.6 words per minute and advised that the student be taught typing.
On 11/24/2017, almost 3 years later, the Independent Provider OT found student's typing rate to be 3.5 words per minute, showing no progress over the years. Typing must be taught. At the same time, he was given a laptop and a full time scribe.

Grade 2 - 2014 – 2015 school year          IEP 11/2014-11/2015          OT 2x/week, 1:1
    11/2014 OT Annual Report recommends typing instruction. This was not implemented.
    IEP Annual Goal:

> Occupational Therapy: Within one year, (the student) will copy 2-3 sentences spacing his words *appropriately*/line regard/ margin use with *good legibility* with no more than 2 verbal reminders by therapist.

    January 2015 – Assistive Technology Evaluation, student given a Forte type laptop to use in school.
By the next year it was abandoned to use a more helpful ordinary laptop.

Grade 3 - 2015 – 2016 school year          IEP 11/2015 – 11/2016          OT 2x/week, group
    IEP Annual Goal:

> Occupational Therapy: Within one year, given multi-sensory practice and guided practice (student) will copy 2-3 sentences spacing his words with *fair* line *regard*, margin *use*, and *legibility* with no more than 2 verbal reminders by therapist.

Grade 4 - 2016 - 2017 school year          IEP 11/2016-11/2017          OT 1x/week, group
    IEP Annual Goal:

> Occupational Therapy: Within one year, given multi-sensory practice and guided practice (student) will copy 3-4 sentences spacing his words with fair line regard, margin use, and legibility with no more than 2 verbal reminders by therapist.

The only change was the number of sentences, up from 2-3 to 3-4. Neither happened.

Grade 5 - 2017 – 2018 School Year          IEP 11/2017-11/2018          OT 1x/week group of 8
    IEP Annual Goal:

> Occupational Therapy: Within one year, given multi-sensory practice and guided practice (student) will copy 3-4 sentences spacing his words with fair line regard, margin use, and legibility with no more than 2 verbal reminders by therapist.

A State Special Education Complaint
*A Therapist's Compliance Audit*
Co. 2019  Lise D. Rubin, M.Ed., OTR/L

Pages 8B to 8F
Case Study - Compliance Audit of Session Notes
2016-2017

*A Therapist's Compliance Audit*                    Ca. 2018                    Lise D. Rubin, M.Ed, OTR/L

Therapy Compliance Audit of Daily Progress / Session Notes in SESIS
Student: Y                                   School Year 2016 – 2017, Frequency changed in Nov. 2016

Mandated Sessions Owed:
IEP 2x/week = 72 sessions owed       2 months x 7.2 = 14.4
IEP 1x/week = 36 sessions owed       8 months x 3.6 = 28.8

Mandate is for group

Total owed = 43.2 sessions, rounded to 43

Compliance Calculations:
SESIS Services Completed & Certified =

27 sessions, 63% Compliances, 37% Noncompliance

Compliance Problems / Disallowed in routine auditing:
Entry Errors:
Session Time Entries Certified Prior to Session: 11/28, 2/13 = 2x    Entries Certified During Session: 9/19, 3/27, 4/24, 6/19 = 4x    Total 6x
Group Entry for Individual Session, Used Individual Code = 26x – There is no group of one. IEP should be individual.
Total Errors excluded under Medicaid Regulations: 32    None of the sessions are in compliance or billable under Medicaid Regulations
Session Note content:  1. Used same content for entire year, with change from 3 to 4 sentences, from excellent to good.
2. Entries are false, and bear no resemblance to the student in question. Nothing in the record supports that the legibility was either good or excellent at any time.
As of 11/2017, the student was completely dependent on a scribe, and did not have legible handwriting at all.

September 2016
Occupational Therapy Services Completed for Student: Y    IEP 2x/week            September 2016 Services        4x

| Date of Service | Service Start Time | Service End Time | Service Type | Session Notes | Session Type | Duration | Grouping | Group Size | Actual Group Size | Service Location | Service Description | Progress Indicator | Date encounter certified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/13/2016 | 09:15 AM | 09:45 AM | OT | Discuss summer/welcome back. Scool Moves Yoga writing samples | Service Provided | 30 | Group | | 2 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made partial progress toward goal attainment. | 09/13/2016, 02:21 PM |
| 9/19/2016 | 01:00 PM | 01:30 PM | OT | Scool Moves Yoga writing samples discuss OT goals for this school year | Service Provided | 30 | Group | | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 09/19/2016 01:14 PM |
| 9/22/2016 | 01:50 PM | 02:20 PM | OT | Putty - copying 3 lines of a poem using modified paper, excellent legibility sizing/spacing | Service Provided | 30 | Group | | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 09/22/2016, 02:36 PM |
| 9/29/2016 | 08:35 AM | 09:05 AM | OT | Putty - copying 3 lines of a poem using modified paper, excellent legibility sizing/spacing | Service Provided | 30 | Group | | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 09/29/2016, 01:25 PM |

Liso D. Rubin, M.Ed., OTR/L

A Therapist's Compliance Audit

Co. 2018

October 2016

## Occupational Therapy Services Completed for Student: Y

### October 2016 Services — 5x

| Date of Service | Service Start Time | Service End Time | Service Type | Session Notes | Session Type | Duration | Grouping | Actual Group Size | Service Location | Service Description | Progress Indicator | Date encounter certified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/6/2016 | 08:35 AM | 09:05 AM | OT | Putty - copying 3 lines of a poem using modified paper, *excellent* legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 10/06/2016, 10:22 AM |
| 10/17/2016 | 12:40 PM | 01:10 PM | OT | Putty - copying 3 lines of a poem using modified paper, *excellent* legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 10/18/2016, 09:46 AM |
| 10/24/2016 | 12:40 PM | 01:10 PM | OT | Putty - copying 3 lines of a poem using modified paper, *excellent* legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 10/24/2016, 02:42 PM |
| 10/27/2016 | 08:30 AM | 09:00 AM | OT | Putty - copying 3 lines of a poem using modified paper, *excellent* legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 10/27/2016, 01:54 PM |
| 10/31/2016 | 12:30 PM | 01:00 PM | OT | Putty - copying 3 lines of a poem using modified paper, *excellent* legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 10/31/2016, 02:34 PM |

November 2016

## Occupational Therapy Services Completed for Student: Y

### New IEP decrease to 1x/week — November 2016 Services 1x

| Date of Service | Service Start Time | Service End Time | Service Type | Session Notes | Session Type | Duration | Grouping | Actual Group Size | Service Location | Service Description | Progress Indicator | Date encounter certified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2016 | 01:16 PM | 01:46 PM | OT | Putty - copying 3 lines of a poem using modified paper, *excellent* legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 11/28/2016, 01:00 PM |

A Therapist's Compliance Audit

Ca. 2018

Lisa D. Retis, M.Ed, OTR/L

December 2016

## Occupational Therapy Services Completed for Student: Y

### December 2016 Services — 2x

| Date of Service | Service Start Time | Service End Time | Service Type | Session Notes | Session Type | Duration | Grouping | Actual Group Size | Service Location | Service Description | Progress Indicator | Date encounter certified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2016 | 01:20 PM | 01:50 PM | OT | Putty - copying 3 lines of a poem using modified paper, excellent legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development toward goal - CPT Code 97530 | Student made expected progress toward goal attainment. | 12/12/2016, 02:31 PM |
| 12/19/2016 | 01:20 PM | 01:50 PM | OT | Putty - copying 3 lines of a poem using modified paper, excellent legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development toward goal - CPT Code 97530 | Student made expected progress toward goal attainment. | 12/20/2016, 09:44 AM |

January 2017

## Occupational Therapy Services Completed for Student: Y

### January 2017 Services — 2x

| Date of Service | Service Start Time | Service End Time | Service Type | Session Notes | Session Type | Duration | Grouping | Actual Group Size | Service Location | Service Description | Progress Indicator | Date encounter certified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2017 | 12:45 PM | 01:15 PM | OT | Putty - copying 3 lines of a poem using modified paper, excellent legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development toward goal - CPT Code 97530 | Student made expected progress toward goal attainment. | 01/09/2017, 02:45 PM |
| 1/23/2017 | 01:15 PM | 01:45 PM | OT | Putty - copying 4 lines of a poem using modified paper, good legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development toward goal - CPT Code 97530 | Student made expected progress toward goal attainment. | 01/23/2017, 02:53 PM |

February 2017

## Occupational Therapy Services Completed for Student: Y

### February 2017 Services — 2x

| Date of Service | Service Start Time | Service End Time | Service Type | Session Notes | Session Type | Duration | Grouping | Actual Group Size | Service Location | Service Description | Progress Indicator | Date encounter certified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/13/2017 | 01:15 PM | 01:45 PM | OT | Putty - copying 4 lines of a poem using modified paper, good legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development toward goal - CPT Code 97530 | Student made expected progress toward goal attainment. | 02/13/2017, 01:07 PM |
| 2/27/2017 | 12:55 PM | 01:25 PM | OT | Putty - copying 4 lines of a poem using modified paper, good legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development toward goal - CPT Code 97530 | Student made expected progress toward goal attainment. | 02/27/2017, 02:31 PM |

*A Therapist's Compliance Audit*    *Ca. 2018*    *Lee D. Rehr, M.Ed., OTR/L*

March 2017

## Occupational Therapy Services Completed for Student: Y

### March 2017 Services    4x

| Date of Service | Service Start Time | Service End Time | Service Type | Session Notes | Session Type | Duration | Grouping | Actual Group Size | Service Location | Service Description | Progress Indicator | Date encounter certified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/6/2017 | 01:27 PM | 01:57 PM | OT | Putty - copying 4 lines of a poem using modified paper, good legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 03/06/2017, 02:43 PM |
| 3/13/2017 | 01:32 PM | 02:02 PM | OT | Putty - copying 4 lines of a poem using modified paper, good legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 03/13/2017, 02:47 PM |
| 3/20/2017 | 01:15 PM | 01:45 PM | OT | Putty - copying 4 lines of a poem using modified paper, good legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 03/20/2017, 02:21 PM |
| 3/27/2017 | 01:15 PM | 01:45 PM | OT | Putty - copying 4 lines of a poem using modified paper, good legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 03/27/2017, 01:27 PM |

April 2017

## Occupational Therapy Services Completed for Student: Y

### April 2017 Services    2x

| Date of Service | Service Start Time | Service End Time | Service Type | Session Notes | Session Type | Duration | Grouping | Actual Group Size | Service Location | Service Description | Progress Indicator | Date encounter certified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/3/2017 | 01:00 PM | 01:30 PM | OT | Putty - copying 4 lines of a poem using modified paper, good legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 04/04/2017, 01:13 PM |
| 4/24/2017 | 01:10 PM | 01:40 PM | OT | Putty - copying 4 lines of a poem using modified paper, good legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development - CPT Code 97530 | Student made expected progress toward goal attainment. | 04/24/2017, 01:32 PM |

*A Therapist's Compliance Audit*        *Ca. 2018*        *Lin D. Robr, M.Ed, OTR/L*

May 2017

## May 2017 Services                                                                 3x

## Occupational Therapy Services Completed for Student: Y

| Date of Service | Service Start Time | Service End Time | Service Type | Session Notes | Session Type | Duration | Grouping | Actual Group Size | Service Location | Service Description | Progress Indicator | Date encounter certified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2017 | 01:10 PM | 01:40 PM | OT | Putty - copying 4 lines of a poem using modified paper, *good* legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development toward goal - CPT Code 97530 | Student made expected progress toward goal attainment. | 05/1/2017, 02:23 PM |
| 5/15/2017 | 01:10 PM | 01:40 PM | OT | Putty - copying 4 lines of a poem using modified paper, *good* legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development toward goal - CPT Code 97530 | Student made expected progress toward goal attainment. | 05/15/2017, 02:38 PM |
| 5/22/2017 | 12:45 PM | 01:15 PM | OT | Putty - copying 4 lines of a poem using modified paper, good legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development toward goal - CPT Code 97530 | Student made expected progress toward goal attainment. | 05/22/2017, 01:40 PM |

June 2017

## June 2017 Services                                                                 2x

## Occupational Therapy Services Completed for Student: Y

| Date of Service | Service Start Time | Service End Time | Service Type | Session Notes | Session Type | Duration | Grouping | Actual Group Size | Service Location | Service Description | Progress Indicator | Date encounter certified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/2017 | 12:45 PM | 01:15 PM | OT | Putty - copying 4 lines of a poem using modified paper, *good* legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development toward goal - CPT Code 97530 | Student made expected progress toward goal attainment. | 06/05/2017, 01:35 PM |
| 6/19/2017 | 01:15 PM | 01:45 PM | OT | Putty - copying 4 lines of a poem using modified paper, good legibility sizing/spacing | Service Provided | 30 | Group | 1 | Therapy Room | Strength/Endurance - CPT Code 97110 Writing Development toward goal - CPT Code 97530 | Student made expected progress toward goal attainment. | 06/19/2017, 01:28 PM |

File: Audit Ses 2016 17 Coded y

A Medicaid in Education program audit states:
Session notes must include:
- Brief description of **the student's progress made by receiving the service during the session.**
[cut]
(b) The session is direct contact time. There is no separate reimbursement for record keeping." NYSED-Medicaid Unit website, (SSHSP) Questions and Answers (2), page 16.
From: Office of the Medicaid Inspector General, Audit #: 17-3531, William Floyd Union Free School District. Final Audit, page 8

Without an established measurable baseline, it is not possible to describe progress made during the session. The resulting Session Notes, none of which show any progress from the IEP baseline, or otherwise, are all in non-compliance, as they fail to show progress being made at all, and certainly not on the IEP goals. Annual goals are not even being referenced.

### When *Good* and *Excellent* are Bad News

In November 2017, while looking for a baseline from the prior school year, serious anomalies were found in the daily session / progress note content. This section presents the notes for one student for the school year 2016 – 2017. **[See attached pages 8B – 8F]**

SESIS allows therapists to repeat the prior entry, apparently with the assumption that it would be modified to reflect the specific session. This is a bad idea, as some therapist, such as the DOE OT, made use of the function, while not modifying it to conform to reality, which is unknown. See attached pages 8B to 8F for the year of session notes.

The same session note content was repeated the entire year, describing the student's performance in copying 3 lines of writing as *excellent* for the first half of the year; followed by merely *good* legibility, with 4 lines of copying, in the second half of the year.

Neither is accurate. As of November, 2017 this student had utterly illegible writing, and had become dependent on a scribe to write for him.

Over this same year, in light of the falsified notes of excellent and good performance, the therapist cut back the OT, already only group sessions, to one per week. This was followed by a failure to make use of even this decreased mandate. Only 27 out of a mandate of 43 sessions were documented, for an initial compliance rate of 63%.

However, applying standard auditing practices, 6 entries were found to be disallowed, due to having been certified as completed either before or during the session. Further, 26 sessions were entered as a Group of 1. Medicaid has no Group of 1 category. As a result, none of the sessions are allowed. This student was found to not be able to take advantage of therapy with another student present, but could

### Not so SMART Goals Program Fails to Obtain Measurable, Objective, Baselines or Goals

– In this context, it should be noted that the SMART Goals program in use is worthless. Therapists using it write objectives with no baseline, which cannot be measured, but have scattered within irrelevant numeration such as 70% of the time, with no way to operationalize measurement.

Case 1:20-cv-10206-LGS-KHP   Document 12-4   Filed 06/03/21   Page 12 of 14

## 5. Worthless Documentation for 4 Years = FAPE Failure
### + Huge Mess to clean up, All Unfunded

The school's prior occupational therapist, for 4 years ending June 2017, had been a NYC Schools salaried therapist, who left worthless documentation, and failed the students, causing the new Independent Provider to have to clean up the mess. It is a basic ethical duty for treating therapists for documents to describe and support a current performance baseline to be in place, despite NYC Schools ORS failing to budget or time allotted to this crucial area in the rehabilitation treatment cycle. The 2017 – 2018 Independent Provider occupational therapist adhered to these professional standards, and over the year re-assessed the entire caseload of students, wrote detailed annual progress reports, including specific methodology found effective, with an objectively measurable baseline, detailed measurable annual goals and a specified manner in which to assess progress. A number of students finally had a program of instruction in touch typing, and touch typing attainment goals, in their IEPs. Not only was this time not compensated, but the work interfered with treatment, but was necessary. At the same time, ORS harassed the therapist to take on more students and perform additional duties.

However, by the end of the school year, all of the students in the caseload had progressed to be able to self-discipline themselves and apply effort to handwriting instruction. All were able to utilize an 0.5 or 0.7 mm mechanical pencil, and write letters and words ¼" high on specialized extra narrow ruled paper. A number of them had received typing instruction and started to use the Home Position keys correctly. They were motivated to work on touch typing.

As of the end of the school year, one more Annual Report and IEP was needed. As in prior years for this therapist, this work was going to continue into the summer until all were completed, all without compensation. However, with no warning, and in violation of the RSA agreements, Susan Epstein, Director of Compliance for the Office of Related Services, once more blocked the therapist from the students' SESIS accounts, preventing completion of the last IEP and Annual Report. She obstructed printing out and sharing reports with parents and many other compliance required activities. This had happened previously, for most of the months of January and February 2018, with no explanation.

As a result of last year's efforts, all but one of the 15 current year students had high quality, updated IEPs and comprehensive treatment plans for occupational therapy at the start of the current 2018 - 2019 school year.

## 6. SYSTEMIC AND INTENTIONAL I.E.P. NONCOMPLIANCE
### Not one of the IEPs has been implemented

Not one of these IEPs has been implemented, resulting in a lack of progress being made over the 2018 to 2019 school year. The new therapist has failed to implement any of the IEP directives on instruction in touch typing, and is systematically removing it from IEPs as the year progresses, but the students don't. She has failed to apply the IEP directive on how to measure progress from last year's baseline, which was on all of the 14 new IEPs.

Instead of the students continuing to make steady progress in developing functional written communication skills, they have not. AT the beginning of the year, the new therapist supported an Assistive Technology Assessment for the one student without a new IEP, while she cut his services back, grouped him, alleging for social skills, and failed to continue the treatment plan which was in place in the treatment notes. These emphasized skill learning while also addressing the phobic reactions resulting from improper teaching methodology. Treatment time had to be used to help students develop coping strategies to deal with a Grade 2 ICT Gen Ed teacher with a serious anger management problem. See Attachment: "Behave!" **[See attached page 9B]**

Drawing by a well-behaved student in ICT Grade 2 at the end of school year, June 2018.
The teacher is demanding to the tiny student, "Behave".
It does not take a doctorate in clinical psychology to understand this drawing. It is believed that
this teacher is still in the ICT classroom with vulnerable students.



This teacher, inexplicably allowed to dominate the team, including the parents; routinely yelled at and humiliated students for manifesting symptoms of their diagnosed condition, and caused student anxieties about receiving therapy services at the end of the school day. Parents were subjected to sudden emergency meetings at which they and their child were vigorously scolded for the student having a disabling condition. The occupational therapist who had excellent rapport with the student, and had developed methods to help him learn to de-escalate, was systematically excluded from the inappropriate disciplinary meetings, and was not allowed to intervene on behalf of the student, who suffered as a result.

The new therapist has been critical of the students for feeling anxious about being made to go to OT at the very end of the school day, oblivious of the real significance and source of their angst. In fact, this year's sessions have been held ending after the classrooms would have gone down to meet buses and awaiting family and caregivers at the door. One more source of error in compliance data?


### 7. Orton Gillingham Language Arts Methodology and Occupational Therapy
### Why the *Handwriting Without Tears* program is contra-indicated.

This school is correctly using Orton Gillingham methods and materials for the Language Arts curriculum, which has a specific and research supported scope and sequence for instruction in letter formation, word introduction and includes specific ways to form letters. As Dysgraphic students struggle to figure out how to form and remember letters, and have a longer than typical learning curve for motor memory tasks, and even longer for unlearning maladaptive patterns; they should not be given conflicting directives in how to do it.

The HWT program has its own idiosyncratic scope and sequence for letter formation, for order of introduction, and for writing words. It forms the letters in a very different way. Therefore, it should not be used at this school, nor generally with students suffering from dysgraphic types of learning disabilities. The HWT program is also highly visually loaded, with much tracing, and this is the opposite of the needed approach. The last thing dysgraphic students need is to be directed to spend time tracing lines or letters, or coloring within spaces. The intense visual monitoring interferes with their learning the kinesthetic motor plans to actually write and also think. Workbooks for handwriting for dysgraphic students is futile. There is not sufficient repetition, nor do workbooks focus on the student's individual issues in formation, scale and alignment of writing. This content, about methods to use, was written into almost all of these students' IEPs and last year's annual reports, and should have been implemented in treatment this year. Nevertheless, the new therapist has only minimally worked on handwriting, and has instead wasted much time on puzzles, board games including Candyland for smart first graders, and trampoline jumping. She is using word search activities, and other activities justified as being related to visual tracking, without having found that there are any such underlying problems to justify this emphasis. She is using the HWT workbooks, which have lines which are much too far apart, and are below the performance level of all of these students at the end of the last school year, indicating that they might have regressed.