Case 1:20-cv-10208-LGS-KHP   Document 12-7   Filed 06/03/21   Page 1 of 5

cite, from March, 1969, has no handwriting content. [See page 22B] Dr. A. Jean Ayres would be horrified to see this abuse of assessment.

V.   Ayres' Qualitative scale used a sequence of judged, rated and ordered writing samples. See *Figure II, Score of 60 on Ayres Scale, Gettysburg Edition,* from a 1925 publication on educational standards, for an example of what Ayres thought should be accomplished by the end of grade six or early grade seven. Their copy stimulus was the *Gettysburg Address.* [See page 21D]

W.   *The Rinehart Functional Handwriting Program,* 1987, was based on the writing samples of 480,000 students. It had qualitative scales which are similar to those used by Freeman and Ayres. *The Rinehart* also has diagnostic items, such as alignment and line quality, to enable a more objective assessment and increased practical use in setting educational objectives and planning individualized and targeted interventions. It is no longer in print. It has been used in some of the Annual Reports reported last year. See attachment: Rinehart Evaluation Scale: Manuscript Grade 1, Grade 2 and Cursive Grade 5, scale decreased. [See pages 22 C, D, E]

X.   No standards for written communication or methods to focus handwriting intervention have been promulgated by NYC Schools. Surely none of the students subjected to the WSCT as a cause of discharge or lessening services met standards remotely like those held by Ayres, Freeman or Rinehart.

Y.   Use of the WSCT does not lead to a system to enable developing an objective, quantified, qualitative, individualized baseline on which to start services and use for measuring progress. This makes it worthless for purposes of IEP annual goal development. WSCT does not help to determine if progress has been made. It gives no indication about what to work on. It leads to session notes which show no progress.

Z.   NYC Schools Occupational Therapy program uses other Wold instruments, and those have equally bad psychometric properties – or worse. One was just a student summer project, with not even futile attempts to validate it. This resembles the Weschler Scales Coding subtest, but the Wold is not validated by the well established WISC.

AA.  Ayres, Freeman, and their early 20th century peers identified how music and rhythm helps to develop handwriting, and emphasized the importance of what we now call a kinesthetic writing system, as well as preparatory sitting position and posture.

BB.  We can learn a great deal from Ayres and Freeman, and their hundred year old research which actually included NYC Schools. The current NYC Schools, under the misdirection of the Office of Related Services, instead of providing scholarly applied research, instead of applying known standards of psychometrics in test design; is operating in the Dark Ages, and therein causing the students entrusted to its care to needlessly fail educationally.

Case 5:20-cv-10206-LGS-KHP   Document 12-7   Filed 06/03/21   Page 2 of 5

160

# Deficits in Sensory Integration in Educationally Handicapped Children

*A. Jean Ayres, Ph.D.*
*Visiting Associate Professor*
*University of Southern California, Los Angeles*

*Sixty-four neuromuscular, perceptual, and cognitive measurements made on 36 children with educational handicaps were subjected to Q-technique factor analysis. The two major patterns of deficits associated with low academic achievement were (1) auditory, language, and sequencing, and (2) postural and bilateral integration. Both of these syndromes were differentiated from syndromes of apraxia and tactile defensiveness.*

Efforts to unravel the exact nature of learning disorders associated with minimal brain dysfunction have lead to associating learning problems with deficits in sensory, perceptual, and motor functions. A synthesis of symptomatology is required if these associations are to contribute to comprehension of the underlying neurological condition in a manner which will lead to altering those conditions.

This study was designed to discover and define clusters of neurobehavioral parameters in children with educational handicaps through a comprehensive, in depth study of a limited number of children. Categorization of deficits is supported in recent studies of children with suspected neurological dysfunction.[4][5][16][17] Patterns of dysfunction previously identified[1] included apraxia, faulty perception of form and space, lack of integration of function of the two sides of the body, tactile defensiveness, and imperfect visual figure-ground perception.

A theoretical model based on statistical typologies derived from associations between behavioral parameters is consistent with the hypothesis that the brain operates on the basis of functional systems involving simultaneous contributions of several levels of the brain to its higher functions. Luria[11] has set forth the idea lucidly. Postulation of neural systems enables development of therapy designed to remediate the sensorimotor dysfunction underlying the learning disorder.

## METHOD

Sixty-four tests were given to 36 children in public school classes for children with educational handicaps. The age range, mean, and standard deviation of age of the group at initial testing were, respectively, 73 to 118, 97.72 and 11.86 months. The mean and standard deviation of the I Q's were 93.47 and 11.29 respectively. There were 29 males and 7 females.

The test scores were subjected to Q-technique factor analysis utilizing ipsative standard scores derived in a manner recommended by Guilford.[7] First, each of the 64 tests was standardized normatively to zero mean and unit variance. The resulting scores were then standardized ipsatively to zero mean and unit variance. Thus, the initial test scores were standardized first across subjects, then within subjects. Based on the ipsatively standardized scores, a between subjects correlation was computed. The main diagonal entry for a subject was the square of his multiple correlation with the remaining 35 subjects. Six factors were extracted by the principal components method as described in Dixon,[6] and rotated according to the orthogonal varimax criterion.[10]

The tests and observations used, the method of scoring, and the mean (M) and standard deviation (SD) of scores for the sample follow. In general, the higher score represents the more normal or better score.

1. *Muscle tone.* The degree of muscle tone in the upper extremities was evaluated by passively extending the subjects joints at the fingers, wrist, and forearm. Measurement was

Downloaded from ldx.sagepub.com by guest on March 9, 2015

Volume 2, Number 3, March, 1969

*Rinehart*
MONTESSORI

**FUNCTIONAL HANDWRITING SYSTEM**

# Evaluation Scale: Manuscript

**Grade**

# 1

Pages 22 C, D, E
Rinehart Evaluation Scales
Grades 1, 2, 5.

**PURPOSE:** This scale is a carefully prepared scale for the measuring of the quality of handwriting and compiled from approximately 450,000 student samples. The purpose is to increase the reliability of measurements of handwriting through standardizing methods of securing and scoring samples. The scale will give the teacher a consistent method for evaluating the progress of each student.

**INTERPRETATION OF SCALE:** Samples of student writing have been scaled by quality of legibility and the eight criteria of legible handwriting. Samples have been rated diagnostically for errors that would need remediation. Compare the samples of student work against the norm for quality by sliding the student work down the scale. The rating at the top of the sample shows the value of the writing measured.

**Diagnoses**

**Superior -    A — 80 - 100 percentile**

*A rhino is a funny animal*
*He has many wrinkles.*

- ☐ 1. Neatness
- ☐ 2. Letter Formations
- ☐ 3. Proportionate Size of Letters
- ☐ 4. Alignment
- ☐ 5. Uniform Spacing (letters-words)
- ☐ 6. Uniform Slant
- ☑ 7. Up-stroke Endings - Connections
- ☐ 8. Line Quality

**Excellent -    B — 60 - 79.9 percentile**

*A rhino is a funny animal.*
*He has many wrinkles.*

- ☐ 1. Neatness
- ☐ 2. Letter Formations
- ☑ 3. Proportionate Size of Letters
- ☐ 4. Alignment
- ☐ 5. Uniform Spacing (letters-words)
- ☑ 6. Uniform Slant
- ☐ 7. Up-stroke Endings - Connections
- ☐ 8. Line Quality

**Good -    C — 40 - 59.9 percentile**

*Arhinoisafunny*
*animal.Hehasmany*

- ☐ 1. Neatness
- ☐ 2. Letter Formations
- ☐ 3. Proportionate Size of Letters
- ☑ 4. Alignment
- ☑ 5. Uniform Spacing (letters-words)
- ☑ 6. Uniform Slant
- ☐ 7. Up-stroke Endings - Connections
- ☐ 8. Line Quality

**Fair -    D — 20 - 39.9 percentile**

*A rhino is A funny*
*animal He has many*

- ☐ 1. Neatness
- ☑ 2. Letter Formations
- ☑ 3. Proportionate Size of Letters
- ☐ 4. Alignment
- ☑ 5. Uniform Spacing (letters-words)
- ☑ 6. Uniform Slant
- ☐ 7. Up-stroke Endings - Connections
- ☐ 8. Line Quality

**Unsatisfactory -    U — 0-19.9 percentile**

*A rhinoisafunnyanimal. He look like*
*a suitcase.*

- ☐ 1. Neatness
- ☑ 2. Letter Formations
- ☐ 3. Proportionate Size of Letters
- ☑ 4. Alignment
- ☑ 5. Uniform Spacing (letters-words)
- ☑ 6. Uniform Slant
- ☐ 7. Up-stroke Endings - Connections
- ☐ 8. Line Quality

Copyright Pending, 1987
Rinehart, Inc.
Allen Drive, Barre, MA  01005



FUNCTIONAL HANDWRITING SYSTEM

# Evaluation Scale: Manuscript

**Grade**

# 2

**PURPOSE:** This scale is a carefully prepared scale for the measuring of the quality of handwriting and compiled from approximately 450,000 student samples. The purpose is to increase the reliability of measurements of handwriting through standardizing methods of securing and scoring samples. The scale will give the teacher a consistent method for evaluating the progress of each student.

**INTERPRETATION OF SCALE:** Samples of student writing have been scaled by quality of legibility and the eight criteria of legible handwriting. Samples have been rated diagnostically for errors that would need remediation. Compare the samples of student work against the norm for quality by sliding the student work down the scale. The rating at the top of the sample shows the value of the writing measured.

**Diagnoses**

---

**Superior -    A — 80 - 100 percentile**

*A rhino is a funny animal. He has many wrinkles. He looks like a big suitcase. A rhino is a funny*

- ☐ 1. Neatness
- ☐ 2. Letter Formations
- ☐ 3. Proportionate Size of Letters
- ☐ 4. Alignment
- ☐ 5. Uniform Spacing (letters-words)
- ☐ 6. Uniform Slant
- ☐ 7. Up-stroke Endings - Connections
- ☐ 8. Line Quality

**Excellent -    B — 60 - 79.9 percentile**

*A rhino is a funny animal. He has many wrinkles. He looks like a big suitcase. A rhino is a funny animal. He has many*

- ☐ 1. Neatness
- ☐ 2. Letter Formations
- ☑ 3. Proportionate Size of Letters
- ☐ 4. Alignment
- ☐ 5. Uniform Spacing (letters-words)
- ☐ 6. Uniform Slant
- ☐ 7. Up-stroke Endings - Connections
- ☑ 8. Line Quality

---

**Good -    C — 40 - 59.9 percentile**

*A rhino is a funny animal. He has many wrinkles. He looks like a big suitcase.*

- ☐ 1. Neatness
- ☐ 2. Letter Formations
- ☐ 3. Proportionate Size of Letters
- ☐ 4. Alignment
- ☑ 5. Uniform Spacing (letters-words)
- ☑ 6. Uniform Slant
- ☐ 7. Up-stroke Endings - Connections
- ☐ 8. Line Quality

**Fair -    D — 20 - 39.9 percentile**

*A rhino is a funny animal. He has many wrinkles. He looks like a big suitcase.*

- ☐ 1. Neatness
- ☑ 2. Letter Formations
- ☐ 3. Proportionate Size of Letters
- ☐ 4. Alignment
- ☑ 5. Uniform Spacing (letters-words)
- ☑ 6. Uniform Slant
- ☐ 7. Up-stroke Endings - Connections
- ☐ 8. Line Quality

**Unsatisfactory -    U — 0-19.9 percentile**

*A rhino is a funny animal. He has many wrinkles. He looks like*

- ☐ 1. Neatness
- ☑ 2. Letter Formations
- ☑ 3. Proportionate Size of Letters
- ☑ 4. Alignment
- ☐ 5. Uniform Spacing (letters-words)
- ☑ 6. Uniform Slant
- ☑ 7. Up-stroke Endings - Connections
- ☑ 8. Line Quality

Copyright Pending, 1987
Rinehart, Inc.

*Rinehart*

FUNCTIONAL HANDWRITING SYSTEM

# Evaluation Scale: Cursive

**PURPOSE:** This scale is a carefully prepared scale for the measuring of the quality of handwriting and compiled from approximately 460,000 student samples. The purpose is to increase the reliability of measurements of handwriting through standardizing methods of securing and scoring samples. The scale will give the teacher a consistent method for evaluating the progress of each student.

**INTERPRETATION OF SCALE:**
Samples of student writing have been scaled by quality of legibility and the eight criteria of legible handwriting. Samples have been rated diagnostically for errors that would need remediation. Compare the samples of student work against the norm for quality by sliding the student work down the scale. The rating at the top of the sample shows the value of the writing measured.

# Grade

# 5

# Diagnoses

---

**Superior -     A — 80 - 100 percentile**

*Rhinoceroses have little friends known as tickbirds. A rhino has very poor eyes. The tickbird sits on the*

☐ 1. Neatness
☐ 2. Letter Formations
☐ 3. Proportionate Size of Letter
☐ 4. Alignment
☐ 5. Uniform Spacing (letters-wo
☐ 6. Uniform Slant
☐ 7. Up-stroke Endings - Connect
☐ 8. Line Quality

---

**Excellent -     B — 60 - 79.9 percentile**

*Rhinoceros have little friends known as tickbirds. A rhino has very poor eyes. The tickbirds sits on the back of the rhino and*

☐ 1. Neatness
☑ 2. Letter Formations
☑ 3. Proportionate Size of Letter
☐ 4. Alignment
☐ 5. Uniform Spacing (letters-wo
☐ 6. Uniform Slant
☑ 7. Up-stroke Endings - Connect
☐ 8. Line Quality

---

**Good -     C — 40 - 59.9 percentile**

*Rhinoceroses have little friends known as tickbirds. A rhino has very poor eyes. The tickbird sits on back of*

☐ 1. Neatness
☐ 2. Letter Formations
☑ 3. Proportionate Size of Letter
☐ 4. Alignment
☐ 5. Uniform Spacing (letters-wo
☑ 6. Uniform Slant
☐ 7. Up-stroke Endings - Connect
☐ 8. Line Quality

---

**Fair -     D — 20 - 39.9 percentile**

*Rhinoceroses have little friends known as tickbirds. A rhino has very poor eyes. The tickbird sits on the back of the rhino and acts as an extra pair of*

☐ 1. Neatness
☑ 2. Letter Formations
☐ 3. Proportionate Size of Letter
☑ 4. Alignment
☐ 5. Uniform Spacing (letters-wo
☐ 6. Uniform Slant
☑ 7. Up-stroke Endings - Connect
☐ 8. Line Quality

---

**Unsatisfactory -  U — 0-19.9 percentile**

*Rhinoceroses have little friends known as tickbirds. A rhino has very poor eyes. The tickbird sits on the back*

☐ 1. Neatness
☑ 2. Letter Formations
☐ 3. Proportionate Size of Letter
☑ 4. Alignment
☐ 5. Uniform Spacing (letters-wo
☑ 6. Uniform Slant
☑ 7. Up-stroke Endings - Connect
☐ 8. Line Quality

Copyright Pending, 1997
Rinehart, Inc.
Allen Drive, Bena, MA  01005