① 

**INITIAL COMPLAINT TO:**
**The Special Commissioner of Investigation**
For the New York City School District

**Office of Special Investigations**
New York City Department of Education
March 22, 2019

**Notes on Documents Pertaining to Changing IEP Level Mandate**
**Outside of Lawful and/or Regulatory Requirements**

P2
1. ***Documents for Student*** - Shows record of IEPs, when opened to start, and when "finalized" as finished, to send to parents, and be implemented. Note that the last IEP meeting was April 20, 2018, finalized 5/4/2018, yet there have been at least 2 additional IEPs created and finalized outside of a meeting. These require advance documentation that parents have agreed to "waive" the meeting and allow the amendment. No such document of waiver was found in this and other changed IEPs.
   *This lists 3 "Attachment: Attendance Page - ... (4), (5) and (6)". These are 3 submissions on 11/19/2019, all from a meeting dated 4/20/2018.*

P3
2. Events for Student – lists documents created and finalized in student record. On 11/29/2018 a new IEP was finalized, ***Change OT mandate***.

P4
3. From April 2018 IEP – Recommended Special Education Programs and Services.
   Occupational Therapy, Individual Service, projected start date 4/20/2018

P5
4. From current IEP, Recommended Special Education Programs and services.
   Occupational Therapy, Group Service, projected start date 11/15/2018

P6-8
5. IEP from 4/20/2018, extensive OT input on pages 2-3, which was not implemented in the current school year.

P9
6. IEP Attendance page from 4/20/2018, with Kindergarten teacher listed. Student is now in first grade.

P10
7. Cover page "File Attachments" to IEP. Includes list of Attendance pages, ... ***(4), (5) and (6)"***. They are the same copy of the attendance from the 4/20/2018 meeting.

P11-13
8. Copies of the Attendance, dated and time stamped as sent into SESIS for submission.

9. Progress Report as finalized with mandate changed. Shows failure to implement the IEP, and failure to show any progress in Written Communication. Followed by last page, at the
P14-16 same time, showing that, while no progress is shown, services have been decreased to group, for no documented reason.
                              p16

Documents fc

②

| ▾ Documents for 2017/18 | Status | Creation Date | Modification Date | Finalization Date | Preceding/Original Document |
|---|---|---|---|---|---|
| ▾ **Assessment** | | | | | |
| Progress Report (Occupational Therapy Report April 2018) | Final | 05/03/2018 Thu, 03:08 PM | 01/16/2019 Wed, 05:12 PM | 01/16/2019 Wed, 05:12 PM | |
| ▾ **IEP** | | | | | |
| Individualized Education Program (IEP) (Revision: Revision (change OT mandate)) Attachment: Attendance Page - 239776206 (4) Attachment: Attendance Page - 239776206 (5) Attachment: Attendance Page - 239776206 (6) | Final | 11/15/2018 Thu, 01:59 PM | 11/29/2018 Thu, 12:28 PM | 11/29/2018 Thu, 12:28 PM | Revision Of: Individualized Education Program (IEP) (Revision (add speech goals)) |
| Individualized Education Program (IEP) (Revision Attachment: Attendance Page - 239776206 (3) | Final | 10/03/2018 Wed, 12:53 PM | 11/13/2018 Tue, 11:47 PM | 10/10/2018 Wed, 02:58 PM | Revision Of: Individualized Education Program (IEP) |
| Individualized Education Program (IEP) (2) Attachment: Attendance Page - 239776206 (2) | Final | 04/09/2018 Mon, 10:02 AM | 06/12/2018 Tue, 02:31 PM | 05/04/2018 Fri, 09:11 AM | |
| ▾ **Documents for 2016/17** | | | | | |
| ▾ **Referral** | | | | | |
| Physical Examination Attachment: Request for Physical Examination - 239776206 | Final | 01/17/2017 Tue, 08:58 AM | 02/07/2017 Tue, 12:02 PM | 02/07/2017 Tue, 12:02 PM | |
| Notice of Social History | Final | 12/23/2016 Fri, 09:10 AM | 12/23/2016 Fri, 09:11 AM | 12/23/2016 Fri, 09:11 AM | |
| ▾ **Assessment** | | | | | |
| Classroom Observation | Final | 04/03/2017 Mon, 04:28 PM | 05/10/2017 Wed, 03:56 PM | 05/10/2017 Wed, 03:56 PM | |
| Documents Related to Assessment (SEIT Progress Report 1/4/17) Attachment: Documents Related to Assessment - 239776206 (4) | Final | 01/25/2017 Wed, 10:49 AM | 01/25/2017 Wed, 11:57 AM | 01/25/2017 Wed, 11:57 AM | |
| Documents Related to Assessment (Speech and Language Progress Report 1/5/17) Attachment: Documents Related to Assessment - 239776206 (3) | Final | 01/25/2017 Wed, 10:46 AM | 01/25/2017 Wed, 11:57 AM | 01/25/2017 Wed, 11:57 AM | |
| Documents Related to Assessment (Occupational Therapy Progress Report - 01/05/2017) Attachment: Documents Related to Assessment - 239776206 (2) | Final | 01/25/2017 Wed, 10:30 AM | 01/25/2017 Wed, 10:58 AM | 01/25/2017 Wed, 10:58 AM | |
| Generic (for all other assessments) (PES Report) Attachment: Generic Assessments - 239776206 (2) | Final | 01/25/2017 Wed, 10:25 AM | 01/25/2017 Wed, 10:57 AM | 01/25/2017 Wed, 10:57 AM | |
| Generic (for all other assessments) (Social History Update) Attachment: Generic Assessments - 239776206 | Final | 01/25/2017 Wed, 10:23 AM | 01/25/2017 Wed, 10:57 AM | 01/25/2017 Wed, 10:57 AM | |
| Documents Related to Assessment (Parent Survey) Attachment: Documents Related to Assessment - 239776206 | Final | 01/17/2017 Tue, 08:56 AM | 01/17/2017 Tue, 01:41 PM | 01/17/2017 Tue, 01:41 PM | |
| Assessment Planning Attachment: Consent for Additional Assessments (New Testing Needed) - 239776206 | Final | 12/23/2016 Fri, 09:11 AM | 05/10/2017 Wed, 04:21 PM | 05/10/2017 Wed, 04:21 PM | |
| ▾ **IEP** | | | | | |
| Child Outcomes Summary Form | Final | 05/10/2017 Wed, 04:20 PM | 05/10/2017 Wed, 04:21 PM | 05/10/2017 Wed, 04:21 PM | |
| Individualized Education Program (IEP) Attachment: Attendance Page - 239776206 | Final | 02/08/2017 Wed, 03:07 PM | 03/12/2018 Mon, 10:15 AM | 05/10/2017 Wed, 04:22 PM | |
| ▾ **Placement** | | | | | |
| T5 School Location Document (Reevaluation) | Final | 06/07/2017 Wed, 02:33 AM | 06/07/2017 Wed, 02:33 AM | 06/07/2017 Wed, 02:33 AM | |
| ▾ **Pre-School** | | | | | |
| Documents Related to Pre-School - Assessment Attachment: 239-776-206 Turning Five Progress Report2017-02-03.pdf | Final | 02/06/2017 Mon, 02:48 PM | 05/09/2017 Tue, 02:05 PM | 05/09/2017 Tue, 02:05 PM | |
| ▾ **Other** | | | | | |
| Student Prescription (Occupational Therapy - 01/25/2017) Attachment: Student Prescription - 239776206 | Final | 02/07/2017 Tue, 11:49 AM | 02/07/2017 Tue, 01:28 PM | 02/07/2017 Tue, 01:28 PM | |
| ▸ **Documents for 2015/16** | | | | | |

*Handwritten annotations:*

From 4/20/18
IEP
Attendance

IEP Modified for OT Mandate

Opened 11/15
Finalized 11/29/2018

IEP Meeting 4/20/2018

## Events for ‧ ‧ ‧ ‧ ‧ ‧ ‧

③

| Event Date/User/Document | Subject/Description |
|---|---|
| **(Auto) 01/16/2019 Wed, 05:12 PM, 2018-19**<br>User: LRUBIN3 (Lise Rubin)<br>Document: Progress Report (Occupational Therapy Report April 2018) | **Progress Report for**<br>**(239776206) Set to Final Status**<br>Status of Progress Report fo ‧ ‧ ‧ ‧ nged from draft to final.<br>**Date and Time of Event:** 01/16/2019, **Parent Principal Meeting Scheduled:** No |
| **(Auto) 11/29/2018 Thu, 12:28 PM, 2018-19**<br>User: LSTAIMAN (Leora Staiman)<br>Document: Individualized Education Program (IEP) (Revision: Revision (change OT mandate)) | **Individualized Education Program (IEP) for**<br>‧ ‧ ‧ ‧ **Set to Final Status**<br>Status of Individualized Education Program (IEP) for ‧ ‧ changed from draft to final.<br>**Date and Time of Event:** 11/29/2018, **Parent Principal Meeting Scheduled:** No |
| **(Auto) 10/10/201**<br>User: MCU<br>Document:<br>(IEP) (Revi | **Individualized Education Program (IEP) for**<br>‧ ‧ ‧ ) **Set to Final Status**<br>Status of Individualized Education Program (IEP) for ‧ ‧ changed from draft to final.<br>**Date and Time of Event:** 10/10/2018, **Parent Principal Meeting Scheduled:** No |
| **(Auto) 05/04/2018 Fri, 09:11 AM, 2017-18**<br>User: RLIFSON (Rachel Lifson)<br>Document: Individualized Education Program (IEP) | **Individualized Education Program (IEP) for**<br>‧ ‧ **Set to Final Status**<br>Status of Individualized Education Program (IEP) for ‧ ‧ changed from draft to final.<br>**Date and Time of Event:** 05/04/2018, **Parent Principal Meeting Scheduled:** No |
| **(Auto) 05/1**<br>User:<br>Docu ‧ ‧ ram<br>(IEP) | **Individualized Education Program (IEP) for**<br>‧ **Set to Final Status**<br>Status of Individualized Education Program (IEP) for ‧ ‧ changed from draft to final.<br>**Date and Time of Event:** 05/10/2017, **Parent Principal Meeting Scheduled:** No |
| **(Auto) 05/10/2017 Wed, 04:21 PM, 2016-17**<br>User: RDELACR (Rebecca De La Cruz)<br>Document: Child Outcomes Summary Form | **Child Outcomes Summary Form for**<br>‧ ‧ et to Final Status<br>Status of Child Outcomes Summary Form for ‧ ‧ hanged from draft to final.<br>**Date and Time of Event:** 05/10/2017, **Parent Principal Meeting Scheduled:** No |
| **(Auto) 05/10/2017 Wed, 04:21 PM, 2016-17**<br>User: RDELACR (Rebecca De La Cruz)<br>Document: Assessment Planning | **Assessment Planning for ‧**      *f*<br>‧ ‧ to Final Status<br>Status of Assessment Planning fo ‧ ‧ changed from draft to final.<br>**Date and Time of Event:** 05/10/2017, **Parent Principal Meeting Scheduled:** No |

*Handwritten annotations:*

*IEP Modified started 11/15/2018*

*Finalized 11/29/2018*

*IEP Finalized 5/4/2018*

*Meeting 4/20/2018*

**05/10/2017 Wed, 03:56 PM, 2016-17**

_handwritten: 4/2018  IEP

**REPORTING PROGRESS TO PARENTS** ④

Identify when periodic reports on the student's progress toward meeting the annual goals will be provided to the student's parents:

at the same time school report cards are issued

STUDENT NAME                                                                    NYC ID

| RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES | | | | | |
|---|---|---|---|---|---|
| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS* | FREQUENCY HOW OFTEN PROVIDED | DURATION LENGTH OF SESSION | LOCATION WHERE SERVICE WILL BE PROVIDED | PROJECTED BEGINNING / SERVICE DATE (S) |
| **SPECIAL EDUCATION PROGRAM:** | | | | | |
| Integrated Co-Teaching Services ELA | Language of Service: English | 10 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| Integrated Co-Teaching Services Math | Language of Service: English | 5 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| Integrated Co-Teaching Services Social Studies | Language of Service: English | 2 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| Integrated Co-Teaching Services Sciences | Language of Service: English | 1 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| **RELATED SERVICES:** | | | | | |
| Occupational Therapy | Individual service Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location OT room | 04/20/2018 |
| Speech-Language Therapy | Individual service Language of Service: English | 1 time(s) per week | 30 minutes | Separate Location Speech Room | 04/20/2018 |
| Speech-Language Therapy | Group service Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location Speech Room | 04/20/2018 |

_handwritten: Original IEP date 4/20/2018  Individual + 2x/week

**STUDENT NAME:**

11/2018
Revision

NYC:

⑤

| RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES | | | | | |
|---|---|---|---|---|---|
| **SPECIAL EDUCATION PROGRAM/SERVICES** | **SERVICE DELIVERY RECOMMENDATIONS*** | **FREQUENCY HOW OFTEN PROVIDED** | **DURATION LENGTH OF SESSION** | **LOCATION WHERE SERVICE WILL BE PROVIDED** | **PROJECTED BEGINNING / SERVICE DATE (S)** |
| **SPECIAL EDUCATION PROGRAM:** | | | | | |
| Integrated Co-Teaching Services ELA | Language of Service: English | 10 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| Integrated Co-Teaching Services Math | Language of Service: English | 5 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| Integrated Co-Teaching Services Social Studies | Language of Service: English | 2 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| Integrated Co-Teaching Services Sciences | Language of Service: English | 1 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| **RELATED SERVICES:** | | | | | |
| Occupational Therapy | Group service Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location OT room | 11/15/2018 |
| Speech-Language Therapy | Individual service Language of Service: English | 1 time(s) per week | 30 minutes | Separate Location Speech Room | 04/20/2018 |
| Speech-Language Therapy | Group service Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location Speech Room | 04/20/2018 |

11/2018
IEP Revision
Group O.T.
2x/week

11/15/2018
New IEP Created
11/19/2018
Documents submit
11/29/2018 Finalized

Record does not include parental waiver to change with no meeting.

4/20/2018   IEP
OT Input pages 2-3 →

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

| STUDENT NAME: <br> DATE OF BIRTH: 10/05/2012     LOCAL ID #: | DISABILITY CLASSIFICATION: Speech or Language Impairment | ⑥ |
|---|---|---|
| PROJECTED DATE IEP IS TO BE IMPLEMENTED:04/20/2018 | PROJECTED DATE OF ANNUAL REVIEW:04/21/2019 | |

| STUDENT NAME: | NYC ID: |
|---|---|

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

**EVALUATION RESULTS (INCLUDING FOR SCHOOL-AGE STUDENTS, PERFORMANCE ON STATE AND DISTRICT-WIDE ASSESSMENTS)**
As of April 2018,
Reading: Fountas & Pinnell assessment: C
Reading: CCLS aligned classroom tasks: meeting grade level standards
Math: CCLS aligned classroom tasks: meeting grade level standards
Writing: CCLS aligned classroom tasks: approaching grade level standards

**ACADEMIC ACHIEVEMENT, FUNCTIONAL PERFORMANCE AND LEARNING CHARACTERISTICS**
LEVELS OF KNOWLEDGE AND DEVELOPMENT IN SUBJECT AND SKILL AREAS INCLUDING ACTIVITIES OF DAILY LIVING, LEVEL OF INTELLECTUAL FUNCTIONING, ADAPTIVE BEHAVIOR, EXPECTED RATE OF PROGRESS IN ACQUIRING SKILLS AND INFORMATION, AND LEARNING STYLE:
In March 2018       was assessed on letter recognition for both uppercase and lowercase letters and letter-sound correspondence. She identified 26/26 upper case letters, 26/26 lowercase letters and 29/31 sounds, including digraphs.

         splays an understanding of various print concepts including orientation of layout, direction of print, page sequencing, differentiation of letters and words, return sweep, one-to-one correspondence, and identifying punctuation. She is able to identify red words in an unknown text and use her knowledge of letter sounds to help sound out unknown words.

         .ole to count up to 100 by 1s and 10s. She can solve addition/subtraction problems and write number sentences with teacher support.

Speech and Language:
     .... seen for speech and language three times per week, twice in a group of 3 and once individually. has made progress on all of her speech and language goals this year. She willingly attends her speech sessions and she expresses curiosity about her plan for each speech session.
STUDENT STRENGTHS, PREFERENCES, INTERESTS:
     has made a lot of growth since the beginning of the school year. She enjoys participating in class discussions and is always prepared and attentive. She follows all classroom routines and rules. She easily transitions between activities.

Speech and Language:
             ijoys book-reading activities and art activities. She is motivated by making self-to-text connections and she does not hesitate to share when a text reminds her of her own life experiences          `s motivated by knowing her plan/schedule and she does not hesitate to ask "why."   now able to retell a story accurately with a beginning middle, and end and to provide explanations of words that she is familiar with.
ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
When presented with difficult tasks,          sometimes waits until someone comes to assist her instead of trying to do it on her own. Her attention has improved greatly since the beginning of the school year, but she still sometimes needs redirections from teachers to stay focused on what is being discussed. I      . has difficulty with developing an idea in her head then writing it down in sequential order in a way that makes sense and is applicable to the task. She requires teacher support to go back and re-read/edit her writing to make it make sense. She requires teacher support to accurately write number sentences and count up in her head. She has the skills to be able to use various strategies to add/subtract, but sometimes needs support and positive reinforcement from teachers to do it independently.

# PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

## DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

She displays some anxiety when presented with a challenging task or asked to participate with out raising her hand.

Parent concerns:                        parents express concern of her ability to verbalize her thoughts and feelings in a clear and concise way.

Speech and Language:
In terms of her expressive language,           erbalizes complete sentences to express her ideas given clinician prompting. She continues to work on increasing her language output as she often only speaks when asked direct questions and tends to respond in short sentences.         ill continue to work on improving morpho-syntactical skills during structured and unstructured language tasks.

Speech and Language:
In terms of her pragmatic language_          ntinues to benefit from being seen for speech in a group to work on her social skills.            ntinues to work on building her confidence to improve her spontaneous language output and social skills, including initiating conversation with both peers and adults. At times        J will share information about herself and her own opinions/ideas, but she does not respond to her peers comments or questions. Additionally,          ill look around the room during conversation and she does not look at the speaker/listener. Therefore, a goal will be added to target conversational speech skills.

## SOCIAL DEVELOPMENT

THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S RELATIONSHIPS WITH PEERS AND ADULTS; FEELINGS ABOUT SELF; AND SOCIAL ADJUSTMENT TO SCHOOL AND COMMUNITY ENVIRONMENTS:
          s a very friendly and sweet child. She always follows classroom and school rules and is willing to help others. She gets along with all of her peers and has formed some close friendships. She has adjusted very well kindergarten and has become more willing to participate in classroom discussions.
STUDENT STRENGTHS:
          a very friendly child who gets along with all peers and adults. Her confidence has increased through school year and she has become a regular participant in class discussions.
SOCIAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS ARE OF CONCERN TO THE PARENT:
          parents express concern over her shyness in new situations.

## PHYSICAL DEVELOPMENT

THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S MOTOR AND SENSORY DEVELOPMENT, HEALTH, VITALITY AND PHYSICAL SKILLS OR LIMITATIONS WHICH PERTAIN TO THE LEARNING PROCESS:
          a healthy child and receives OT services.
OCCUPATIONAL THERAPY
          s mandate for occupational therapy is 2x / week for individual 30 minute sessions, with services starting this year on November 13, 2017. She has made excellent use of the services she has received, and they should continue as individual and twice weekly. She requires continued services at the current level to continue making gains.
Progress in IEP Goals:
The current IEP on file for this school year has the same annual goals as the original one from 2016, with minor changes. The original OT evaluation is not available. The only OT record in the file is from January 2017, when         had attended a private OT clinic. Neither of the two goals is objective or measurable, nor are they educationally relevant. They were also inappropriate and do not seem to apply to her in any case. For example, one goal seeks for her to sit at a table activity for 15 minutes. Nothing in the record or her current condition indicate that she was not able to sit upright in a chair at the table.
Current Performance / Progress
The primary occupational therapy related educational concern for E          as been problems in developing functional written communication skills which are necessary for academic performance. There are also a few issues pertaining to self-care and how she is processing sensory experiences. The family notes that she does not like to wear wet clothing, and behavioral problems can result. Hand washing set up instructions are advised.
She has been observed to chew on her hair and clothes. As a first step, the family is working on hair care and a hair style which keeps the hair up and away from her mouth, which seems to have been helpful. The team needs to continue to observe this and come up with a plan to increase her awareness of this behavior, and enli        in problem solving, and/or in providing additional acceptable and also mutually exclusive behaviors. It does not appear to be a sensory problem.
Written Communication
Writing samples from the first months of school show that she wrote large letters, 1 to 2" high, with dark lines often as wide as 1/16" thick, with much variability. Excess pressure on the writing tool, both from directly misplaced excess arm

# PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

**DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS**



and hand pressure, as well as using a thumb wrap grip on the pencil, resulted in wide, heavy, poor quality lines. As of February, in occupational therapy, working on ¼" high ruled paper and an 0.7 mm mechanical penc⋯ wrote numbers 1 to 10 with generally acceptable line quality and legibility, with one error, reversal of #9.

⋯ has correctly internalized instruction in self-assessment and monitoring of the quality of her work, as shown in multiple situations. She often sees errors in her work and diligently corrects them. An associated area of growth is that she is much more open and responsive to constructive criticism from her therapist and teachers.

⋯ is still working on improving her grip on writing tools, and her control of written production quality.

**Informal Timed Writing Assessment:**

In order to obtain an objective measure of ⋯s written communication skills, a timed writing sample was administered, and scored qualitatively. The qualitative procedure removed copied letters from the raw score as errors were located. It used a simple 33 letter, 9 word sentence, A quick brown fox... which she repeatedly read out loud prior to being asked to copy it. There is an inverse relationship between quality of legibility and rate of production.

⋯ade 3 attempts to copy the sentence, insisting on starting again when she saw errors. She refused to use a Stetro or other writing grip.

Of the 33 letters, 17 had alignment errors, and all of the Drop Down letters g, j, p, q and y had errors of either alignment / placement or incorrect use of capitalization. There were 2 capitalization / case errors, with letters F and P incorrectly capitalized. There were 10 errors in relative size/ scale, some letters formed too large and others too short. While not included in the scoring, with 25 possible between letter spaces, there were at least 16 large gaps made between letters within words, for a correct spacing rate of 36%.

As a result, the corrected score was 11 correct out of 33 letters, or 33%. This is 11 seconds per legible letter, with a resulting correct letters per minute of 5.5 LPM. Using the NYC norm of 5 letters per word, this was one word per minute.

To only write one legible word per minute is not functional written communication. This student requires individual services to progress and not have her writing hold her back academically.

*[handwritten margin note: IEP OT Goal #4 Spring Goal: Start 36% Goal: 85%]*

**STUDENT STRENGTHS:**

⋯ healthy child.

**PHYSICAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:**

⋯hould continue to receive OT services.

## MANAGEMENT NEEDS

⋯l benefit from preferential seating arrangements, direction, re-direction and repetition and positive reinforcement in class.

## EFFECT OF STUDENT NEEDS ON INVOLVEMENT AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM OR, FOR A PRESCHOOL STUDENT, EFFECT OF STUDENT NEEDS ON PARTICIPATION IN APPROPRIATE ACTIVITIES

⋯n participate in the general education curriculum.

**STUDENT NAME:** ⋯                                         **NYC I⋯**

## STUDENT NEEDS RELATING TO SPECIAL FACTORS

BASED ON THE IDENTIFICATION OF THE STUDENT'S NEEDS, THE COMMITTEE MUST CONSIDER WHETHER THE STUDENT NEEDS A PARTICULAR DEVICE OR SERVICE TO ADDRESS THE SPECIAL FACTORS AS INDICATED BELOW, AND IF SO, THE APPROPRIATE SECTION OF THE IEP MUST IDENTIFY THE PARTICULAR DEVICE OR SERVICE(S) NEEDED:

Does the student need strategies, including positive behavioral interventions, supports and other strategies to address behaviors that impede the student's learning or that of others? ☐Yes ☑No

Does the student need a behavioral intervention plan? ☑No ☐Yes

For a student with limited English proficiency, does she need a special education service to address her language needs as they relate to the IEP? ☐Yes ☐No ☑ Not Applicable

For a student who is blind or visually impaired, does she need instruction in Braille and the use of Braille? ☐Yes ☐No ☑ Not Applicable

Does the student need a particular device or service to address her communication needs? ☐Yes ☑No