Case 1:20-cv-10209-LGS-KHP Document 12-10 Filed 06/03/21 Page 1 of 8

4/19/2018

STUDENT NAME:
DATE OF IEP: 04/20/2018

Individualized Education Program (IEP)

NYC E

**ATTENDANCE PAGE**

PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM.

| ROLE (INDICATE IF BILINGUAL) | NAME | SIGNATURE |
|---|---|---|
| Teacher | Rachel Lifson | K teacher |
| Related Service Provider/Special Education | Rachel Lifson | |
| Parent/Legal Guardian | Rachel Lifson | mother |
| District Representative | | |

4/20/2018
IEP Attendance
Submit
10:07 am

4/19/2018

Original
April, 2018
IEP Meeting

Father

https://insite.nycenet.edu/tramplatedoc.aspx?templateid=1698&doc=15973335&seq=966&childid=0&origine=1&pdf=x

1/1

 **Department of Education**

  Search  Curriculum  Communication *11/19/2018*  ⑩

 Reporting  Service Capture  Help

> Documents    Final Individualized Education Program (IEP)

**File Attachments**

## File Attachments

**Document** **Final Individualized Education Program (IEP) for**

| | File Name | | File Size | Uploaded By |
|---|---|---|---|---|
| 🔍 | Attendance Page - 239776206 (4) | *14:50 pm* | 21k | TIENET (Service) |
| 🔍 | Attendance Page - 239776206 (5) | *14:56 pm* | 21k | TIENET (Service) |
| 🔍 | Attendance Page - 239776206 (6) | *15:09 pm* | 21k | TIENET (Service) |

*11/19/2018*
*Submissions (3x)*
*o÷ 4/20/2018*
*IEP Attendance*

*All submit*
*11/19/2018*
*14:50 pm*
*14:56 pm*
*15:09 pm pm*

NYC

Individualized Education Program (IEP) for X

4/19/2018

**STUDENT NAME**
**DATE OF IEP: 04/20/2018**

## ATTENDANCE PAGE

PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM.

| ROLE (INDICATE IF BILINGUAL) | NAME | SIGNATURE |
|---|---|---|
| Related Service Provider/Special Education Teacher | Rachel Lifton - Kteacher | Rachel Allen |
| Parent/Legal Guardian | mother | Rachel Allen |
| District Representative | Rachel Lifton | |

father

*(handwritten, top right)* 11/19/2018 14:50 pm

⑪

Individualized Education Program (IEP)

NYC

11/19/2018
14:56 PM
(12)

4/9/2018

**STUDENT NAME:**
**DATE OF IEP: 04/20/2018**

## ATTENDANCE PAGE

PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM.

| ROLE (INDICATE IF BILINGUAL) | NAME | SIGNATURE |
| --- | --- | --- |
| Related Service Provider/Special Education Teacher | Rachel Lifton - F. Teacher | *Rachel Lifton* |
| Parent/Legal Guardian | | |
| District Representative | Rachel Lifton | *Rachel Lifton* |

11/19/2018
15:09 pm

(13)

Individualized Education Program (IEP)

**STUDENT NAME:**
**DATE OF IEP: 04/23/2018**

NYC ID: 231

## ATTENDANCE PAGE

PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM.

ROLE (INDICATE IF BILINGUAL)

| | NAME | SIGNATURE |
|---|---|---|
| Related Service Provider/Special Education Teacher | Rachel Lifton — 6 Teacher | Rachel Lifton |
| Parent/Legal Guardian | | |
| District Representative | Rachel Lifton | Rachel Lifton |

4/19/2018

6th Progress report for this IEP ☐

7th Progress report for this IEP ☐

8th Progress report for this IEP ☐

*[handwritten: Prog. Report as Finalized + Market changed]*

*[handwritten circle: 14]*

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| READING:<br>retell stories, including key details, and demonstrate understanding of their central message or lesson. | 3 out of 4 trials | Class Activities<br>Teacher/Provider<br>Observation<br>Check Lists | 2 times per month |

### IEP PROGRESS REPORT

1st Progress report for this IEP ☑

Report of Progress          Progress made; goal not yet met

Progress Towards Annual Goals          Anticipate meeting goal

2nd Progress report for this IEP ☐

3rd Progress report for this IEP ☐

4th Progress report for this IEP ☐

5th Progress report for this IEP ☐

6th Progress report for this IEP ☐

7th Progress report for this IEP ☐

8th Progress report for this IEP ☐

*[handwritten: Failed to implement IEP goals + methods = No progress]*

*[handwritten: OT starts ↓]*

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| OT Area A: Self Care Skills<br>OT #1 In 1 year, F     will independently wash and dry her hands, without getting her shirt noticeably wet. | 99% of opportunities | Observation by therapist, school and family | on going quarter |

### IEP PROGRESS REPORT

1st Progress report for this IEP ☑

Report of Progress          Goal Met

Progress Towards Annual Goals          Goal Met

2nd Progress report for this IEP ☐

3rd Progress report for this IEP ☐

4th Progress report for this IEP ☐

5th Progress report for this IEP ☐

6th Progress report for this IEP ☐

7th Progress report for this IEP ☐

8th Progress report for this IEP ☐

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
|  | 99% | Review of classwork; and, informal timed writing | 1 time per quarter |

| OT Area B. Functional Written Communication<br>OT #2: In 1 year, _____ rrectly use case and capitalization. | 97% | sample,<br>of 33 letters and 9 words, copied at least 2 times in 3 minutes. (alternative sentence is allowed.) | ⑤ |

**IEP PROGRESS REPORT**

1st Progress report for this IEP ☑

Report of Progress                    Little progress made

Progress Towards Annual Goals    Anticipate meeting goal

*Failed to measure.*   *No progress on Goals 3, 4.*

2nd Progress report for this IEP ☐

3rd Progress report for this IEP ☐

4th Progress report for this IEP ☐

5th Progress report for this IEP ☐

6th Progress report for this IEP ☐

7th Progress report for this IEP ☐

8th Progress report for this IEP ☐

*No prog*

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| OT #3: In one year ____ will write at a corrected letters per minute rate of 20 LPM; and a corrected words per minute rate of 4 WPM, using NYC schools standard of 5 letters per word. | 20 LPM<br>4 WPM | See above. | 1 time per quarter |

*5*

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| OT #4: In one yea ____ print within word spacing improved from 36% up to 85%. | 85% | See above. | 1 time per quarter |

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Speech and Language:<br>____ expand on the ideas of a peer, by adding on a relevant on topic comment to the discussion, while waiting for an appropriate entry point into the discussion | 3/5 opportunities for 3 consecutive sessions | Teacher/Provider observation | 1 time per month |

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Speech and Language:<br>____ erbally sequence four major events in a story read aloud to her when provided with picture support | 3/5 opportunities | Teacher/Provider observation | 1 time per month |

STUDENT NAM ____                                              NYC ____

**REPORTING PROGRESS TO PARENTS**

Identify when periodic reports on the student's progress toward meeting the annual goals will be provided to the student's parents:
at the same time school report cards are issued

STUDENT NAM ____                                              N ____

## RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES

| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS* | FREQUENCY HOW OFTEN PROVIDED | DURATION LENGTH OF SESSION | LOCATION WHERE SERVICE WILL BE PROVIDED | PROJECTED BEGINNING / SERVICE DATE(S) |
|---|---|---|---|---|---|
| **SPECIAL EDUCATION PROGRAM:** | | | | | |
| Integrated Co-Teaching Services ELA | Language of Service: English | 10 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| Integrated Co-Teaching Services Math | Language of Service: English | 5 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| Integrated Co-Teaching Services Social Studies | Language of Service: English | 2 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| Integrated Co-Teaching Services Sciences | Language of Service: English | 1 time(s) per week | Period | General Education Classroom | 04/20/2018 |
| **RELATED SERVICES:** | | | | | |
| Occupational Therapy | Group service Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location OT room | 11/15/2018 |
| Speech-Language Therapy | Individual service Language of Service: English | 1 time(s) per week | 30 minutes | Separate Location Speech Room | 04/20/2018 |
| Speech-Language Therapy | Group service Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location Speech Room | 04/20/2018 |
| **SUPPLEMENTARY AIDS AND SERVICES/PROGRAM MODIFICATIONS/ACCOMMODATIONS:** | | | | | |
| **ASSISTIVE TECHNOLOGY DEVICES AND/OR SERVICES:** | | | | | |
| **SUPPORTS FOR SCHOOL PERSONNEL ON BEHALF OF THE STUDENT:** | | | | | |

(handwritten: 16) (handwritten: changed to group)

* Identify, if applicable, class size (maximum student-to-staff ratio), language if other than English, group or individual services, direct and/or indirect consultant teacher services or other service delivery recommendations.

STUDENT NA                                                                 NY                3

**12-MONTH SERVICE AND/OR PROGRAM** - Student is eligible to receive special education services and/or program during July/August: ☑ No ☐ Yes
If yes:
☐ Student will receive the same special education program/services as recommended above.
   OR
☐ Student will receive the following special education program/services:

| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS | FREQUENCY | DURATION | LOCATION | PROJECTED BEGINNING / SERVICE DATE(S) |
|---|---|---|---|---|---|
| | | | | | |

For a preschool student, reason(s) the child requires services during July and August:

STUDENT NAM                                                                 NY

**TESTING ACCOMMODATIONS (TO BE COMPLETED FOR PRESCHOOL CHILDREN ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL CHILDREN):** INDIVIDUAL TESTING ACCOMMODATIONS, SPECIFIC TO THE STUDENT'S DISABILITY AND NEEDS, TO BE USED CONSISTENTLY BY THE STUDENT IN THE RECOMMENDED EDUCATIONAL PROGRAM AND IN THE ADMINISTRATION OF DISTRICT-WIDE ASSESSMENTS OF STUDENT ACHIEVEMENT AND, IN ACCORDANCE WITH DEPARTMENT POLICY, STATE ASSESSMENTS OF STUDENT ACHIEVEMENT.

| TESTING ACCOMMODATIONS | CONDITIONS* | IMPLEMENTATION RECOMMENDATIONS** |
|---|---|---|