# DEFENDANTS

1. New York City Board of Education "BOE' or DOE";
2. New York City Special Commission of Investigation "SCI";
3. Anastasia Coleman;
4. Daniel Schlachet;
5. Henry Bluestone Smith;
6. Joseph A. Baranello;
7. Julia Busetti;
8. Ilene Lees;
9. Katherine G. Rodi;
10. Michael van Biema;
11. Susan Epstein;
12. Alexis Lantzounis;
13. Katherine Witzke;
14. Geraldine A. Cullen

Proof of Service

Returns by 6/4/2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Special Commissioner of Investigation for the New York City School District 80 Maiden Lane, 20th Floor New York, NY, 10038

was received by me on *(date)* 6/3/2021

☐ I personally served the summons on the individual at *(place)* ____ on *(date)* ____ ; or

☒ I left the summons at the individual's residence or usual ~~place of~~ work abode with *(name)* Mr Lee, a person of suitable age and discretion who resides there, on *(date)* 6/4/2021, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Phone & email ____, who is designated by law to accept service of process on behalf of *(name of organization)* ____ on *(date)* ____ ; or

☐ I returned the summons unexecuted because ____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/4/2021

[signature]

*Server's signature*

Ben Gonzalez

*Printed name and title*

2245 Amsterdam Ave, New York, NY, 10032

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if* Anastasia Coleman Special Commissioner of Investigation for the New York City School District 80 Maiden Lane, 20th Floor New York, NY, 10038

was received by me on *(date)* 6/3/2021

☐ I personally served the summons on the i[ndividual at (place)] ______ on *(date)* ______ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)* Mr Lee, a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ~~Personally~~ Priority Mail ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/4/2021

[signature]
*Server's signature*

Ben Aaronday
*Printed name and title*

2245 Amsterdam Ave, New York, NY 10032
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* **Daniel Schlachet First Deputy Commissioner Special Commissioner of Investigation for the New York City School District 80 Maiden Lane, 20th Floor New York, NY, 10038**

was received by me on *(date)* 6/3/2021 .

☐ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)* Mr. Lee, a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or email priority mail

☐ I served the summons on *(name of individual)* ________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/4/2021

[signature]
*Server's signature*

Ben Gonzalez
*Printed name and title*

2245 Amsterdam Ave, New York, NY 10032
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Joseph A. Baranello Deputy Counsel and Records Access Appeals Officer Designee Office of the General Counsel 52 Chambers St. Room 320 New York, NY 10007

was received by me on *(date)* 6/3/2021 .

❒ I personally served the summons on the indiv[idual at (place)] ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)* Mr Prince , a person of suitable age and discretion who resides there, on *(date)* 6/4/2021 , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* [handwritten: mail & email] , who is designated by law to accept service of process on behalf of *(name of organization)* on *(date)* ; or

❒ I returned the summons unexecuted because ; or

❒ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/4/2021

[signature]
*Server's signature*

Ben Rongey
*Printed name and title*

2245 Amsterdam Ave New York, NY, 10032
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Henry Bluestone Smith, Chief of Staff, Office of General Counsel, NYC Dept. of Education, 52 Chambers St. Room 320, New York, NY 10007

was received by me on *(date)* 6/3/2021.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)* Mr. Princo, a person of suitable age and discretion who resides there, on *(date)* 6/4/2021, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/4/2021

[signature]
*Server's signature*

Ben Rangel
*Printed name and title*

2245 Amsterdam Ave, New York, 10032
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Julia Busetti, Agency Attorney, Office of Legal Services, NYC Dept. of Education, 52 Chambers St. Room 308, New York, NY 10007

was received by me on *(date)* 6/3/2021.

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)* Mr. Princ[illegible], a person of suitable age and discretion who resides there, on *(date)* 6/4/2021, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* [illegible], who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/4/2021

[signature]
*Server's signature*

Brian Gonzalez
*Printed name and title*

2245 Amsterdam Ave New York, NY, 10032
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Ilene Lees, Director Office of Special Investigations 65 Court Street Room #922 Brooklyn, New York 11201

was received by me on *(date)* 6/3/2021 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)* Ms A. Washington , a person of suitable age and discretion who resides there, on *(date)* 6/4/2021 , and mailed a copy to the individual's last known address; or Priority Mail + Email

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______

______
*Server's signature*

______
*Printed name and title*

______
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Katherine G. Rodi, Executive Director, Office of Employee Relations NYC Department of Education 65 Court Street Brooklyn, NY 11201

was received by me on *(date)* 6/3/2021 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)* Mr A. Washington , a person of suitable age and discretion who resides there, on *(date)* 6/4/2021 , and mailed a copy to the individual's last known address; or + Priority Mail + Email

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/4/21

[signature]
*Server's signature*

Ben Gonzalez
*Printed name and title*

2245 Amsterdam Ave New York, NY 10032
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Michael van Biema, Executive DirectoR Office of Related Services 28-11 Queens Plaza North, Room 508 Long Island City, NY 11101

was received by me on *(date)* 6/3/2021

☐ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)* Mr. Randolph r, a person of suitable age and discretion who resides there, on *(date)* 6/4/2021, and mailed a copy to the individual's last known address; or Priority mail and by email.

☐ I served the summons on *(name of individual)* ________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/4/2021

[signature]
*Server's signature*

Ben Gonzalez
*Printed name and title*

2245 Amsterdam Ave New York, NY, 10032
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Sue Epstein, Director of Compliance Office of Related Services 28-11 Queens Plaza North, Room 508 Long Island City, NY 11101

was received by me on *(date)* 6/3/2021 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)* Ms. Ramoutar, a person of suitable age and discretion who resides there, on *(date)* 6/4/2021, and mailed a copy to the individual's last known address; or Priority Mail and By email

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/4/2021

[signature]
*Server's signature*

Ben Gonzalez
*Printed name and title*

2245 Amsterdam Ave, New York NY, 10032
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 20cv10208 (LGS)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ALEXIA G. LANTZOUNIS OTR/L 333 7TH AVE ROOM 819 NEW YORK, NY 10001

was received by me on *(date)* 6/3/2021.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☑ I left the summons at the individual's residence or usual place of ~~abode with~~ work *(name)* with security on desk 10/10th 9 3:30pm, a person of suitable age and discretion who ~~resides there~~, on *(date)* 06/04/2021, and mailed a copy to the individual's last known address; or + by priority mail

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/04/2021

Daniel Glatt
*Server's signature*

Daniel GLATT
*Printed name and title*

37 Overlook Terrace NY 10033
*Server's address*

**Additional information regarding attempted service, etc:**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Katherine E. Witzke, Principal P.S. 009 Sarah Anderson School 100 West 84 Street Manhattan NY 10024 was received by me on *(date)* 6/3/2021 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☑ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)* J. SPRUILL , a person of suitable age and discretion who resides there, on *(date)* 6/4/2021 , and mailed a copy to the individual's last known address; or Priority Mail TEmail

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/04/2021

[signature]
*Server's signature*

MR. Daniel GLATT
*Printed name and title*

37 overlook ter 2G NY 10033
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv10208 (LGS)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Geraldine A. Cullen P.S. 009 Sarah Anderson School 100 West 84 Street Manhattan NY 10024

was received by me on *(date)* 6/3/2021 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☑ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)* J. SPRUILL , a person of suitable age and discretion who resides there, on *(date)* 06/04/2021 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/04/2021

[signature]
*Server's signature*

MR. Daniel GATT
*Printed name and title*

37 Over look TeR 2G NY 10033
*Server's address*

Additional information regarding attempted service, etc: