UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA RUBIN,

                                    Plaintiff,

-against-

NEW YORK CITY BOARD OF EDUCATION, et al.,

                                   Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2021

**ORDER**
20-CV-10208 (LGS) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

This action has been referred to me for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement pursuant to 28 U.S.C. § 636(b)(1)(A). (Doc. No. 14.) Accordingly, all letters should be directed to Judge Parker in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at http://nysd.uscourts.gov/judge/Parker and also attached to this Order.

An initial case management conference is scheduled for **Wednesday, August 25, 2021 at 11:00 a.m.,** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Please plan to arrive at the courthouse early enough to clear security, so that the conference can begin promptly. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information**. The Court will discuss Plaintiff's request for additional time and the need for a settlement/ mediation at this conference. (ECF No. 22.)

Per the Scheduling Order at ECF No. 16, by **August 16, 2021,** the parties are directed to each complete the Proposed Case Management Plan for Pro Se Cases attached to this order

and also available at http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=1342. Plaintiff should submit the Proposed Case Management Plan for Pro Se Cases to the Pro Se Intake Unit and Defendant should submit it via ECF and simultaneously mail a copy to Plaintiff. The Pro Se Intake Unit is located in the United States Courthouse, 500 Pearl Street, Room 200, New York, New York (telephone 212-805-0175) and can assist pro se litigants in connection with court procedures.

The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

To the extent Plaintiff wishes to receive documents in this case electronically (by e-mail) instead of by regular mail), she may consent to electronic service by filing a Pro Se Consent & Registration Form to Receive Documents Electronically, available in the Pro Se Intake Unit or at http://nysd.uscourts.gov/file/forms/consent-to-electronic-service-for-pro-se-cases.

Finally, to the extent the parties agree to proceed before a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it via ECF.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: Lise Rubin 677 Kent Avenue Teaneck, NJ 07766 and to mail a copy of this order, and the complaint to the New York City Law Department 100 Church Street New York, NY 10007.**

Dated: New York, New York
       June 23, 2021

                                            SO ORDERED.

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge