USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA RUBIN,

                                  Plaintiff,

-against-

NEW YORK CITY BOARD OF EDUCATION, et al.,

                                  Defendants.

**ORDER**

**20-CV-10208 (LGS) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The initial case management conference scheduled for Wednesday, August 25, 2021 at 11:00 a.m., is cancelled and will be rescheduled to **Wednesday, September 8, 2021 at 12:15 p.m.,** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Please plan to arrive at the courthouse early enough to clear security, so that the conference can begin promptly. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information**.

Defendant's request (ECF No. 37) for a stay of discovery in this matter, pursuant to Federal Rule of Civil Procedure 26(c), is GRANTED until after the initial discovery conference on September 8, 2021, at which time the Court will set the schedule for this matter. Pursuant to Rule 26(f), no discovery should be conducted until after this Court sets a discovery schedule at the initial pretrial conference. The Plaintiff shall not make any filings with the Court or request any documents from any Defendants or third parties until after the initial pretrial conference.

Plaintiff's motions filed at ECF Nos. 17, 28, 32, 35, and 38 are all DENIED without prejudice for failure to follow this Court's Individual Practices as set out by this Court.  If a motion is contemplated, Plaintiff must first request a conference to address the dispute before filing a motion.   Plaintiff shall not file any more letters or motions with the Court until after the initial case management conference.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: Lisa Rubin 677 Kent Avenue Teaneck, NJ 07766 and to mail a copy of this order, and the complaint to the New York City Law Department 100 Church Street New York, NY 10007.**

Dated: New York, New York
July 13, 2021

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge