UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/16/2021_

LISA RUBIN,

                              Plaintiff,

        -against-

NEW YORK CITY BOARD OF EDUCATION, et al.,

                              Defendants.

**ORDER**

**20-CV-10208 (LGS) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court was unaware that September 9, 2021 was a Jewish fast day. With that in mind, the initial case management conference scheduled for Thursday, September 9, 2021 is hereby cancelled and rescheduled to **Tuesday, October 12, 2021, at 11:00 a.m.,** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Please plan to arrive at the courthouse early enough to clear security, so that the conference can begin promptly. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: Lisa Rubin 677 Kent Avenue Teaneck, NJ 07766 and to mail a copy of this order, and the complaint to the New York City Law Department 100 Church Street New York, NY 10007.**

Dated: New York, New York
        July 16, 2021

SO ORDERED.

KATHARINE H. PARKER
United States Magistrate Judge