UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LISE RUBIN,                                                 :
                                        Plaintiff,          :
                                                            :     20 Civ. 10208 (LGS)
            -against-                                       :
                                                            :     ORDER
NEW YORK CITY BOARD OF EDUCATION,                           :
et al.,                                                     :
                                        Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 15 and July 16, 2021, Plaintiff emailed scheduling and other requests to Chambers without notifying Defendants or Judge Parker.

WHEREAS, this matter has been referred to Judge Parker for general pretrial and dispositive motion supervision. Dkt. No. 14.

WHEREAS, Plaintiff's requests have been addressed in Judge Parker's Order at Dkt. No. 46. It is hereby

**ORDERED** that Plaintiff shall not email Chambers unless requested by the Court. Plaintiff is advised that emailing any Judge's chambers is improper unless requested. All communications must be either filed on the docket or, if it must be sealed, sent to the pro se intake office. Plaintiff is further advised that, since the matter has been referred to Judge Parker, it is within Judge Parker's discretion to determine when conferences, deadlines and other matters are scheduled.

Dated: July 19, 2021
       New York, New York

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE