UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        20-CV-10208
-----------------------------------------------------------X

Lise Rubin,                                                NOTICE:
                                Plaintiff,  **COURT SERVICE ERROR,**
        *-against-*                                **PER ENTRY #24, JUNE 23, 2021**
NEW YORK CITY BOARD                                        **MAILING OF INCORRECT**
        OF EDUCATION, *et al.,*                    **COMPLAINT TO NYC LAW**
                              *D*efendant(s),
----------------------------------------------------------- X

**Hon. Lorna G. Schofield, U.S. District Court Judge.**
**Hon. Katherine H. Parker, U.S. Magistrate Judge.**

As this Court has seen fit to DENY Plaintiff's repeated requests to correct the Record and Docket, so that it will be accessible to Defense and others; and has refused to address the serious errors and misrepresentations of Defense Counsel; this error is salient.

On 6/23/2021, Docket #24, this Court ORDERED "The Clerk of Court… **to mail a copy of this** order, **and the complaint to the New York City Law Department…**

| 06/23/2021 | 24 | ORDER : This action has been referred to me for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement pursuant to 28 U.S.C. § 636(b)(1)(A). (Doc. No. 14.) Accordingly, all letters should be directed to Judge Parker in compliance with this Court's Individual Practices in Civil Cases, available on the Courts website at http://nysd.uscourts.gov/judge/Parker and also attached to this Order. An initial case management conference is scheduled for Wednesday, August 25, 2021 at 11:00 a.m., in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Per the Scheduling Order at ECF No. 16, by August 16, 2021, the parties are directed to each complete the Proposed Case Management Plan for Pro Se Cases, as further set forth in this Order. The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: Lise Rubin, 677 Kent Avenue Teaneck, NJ 07766 and **to mail a copy of this order, and the complaint to the New York City Law Department**, 100 Church Street, New York, NY 10007. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 6/23/2021) (vfr) Transmission to Docket Assistant Clerk for processing. (Entered: 06/23/2021) |

The Clerk, so instructed, diligently mailed "the complaint":

| 06/23/2021 | - | **Mailed a copy of 1 Complaint**, 24 Order, to New York City Law Department, 100 Church Street, New York, NY 10007. (dsh) (Entered: 06/23/2021) |

**Item #1 on the Docket was the Complaint as filed on December 3, 2020.**
This was not the correct one; #1 is not operational.

Perhaps this explains the errors seen in Defense Counsel's belated Appearance, and his incomprehensible claims.

Fortunately, Plaintiff has repeatedly Served the correct Complaint on all defendants.

Plaintiff offered to Defense Counsel to walk him through the Complaint and documents, but he failed to accept the kind offer.

Dated: August 4, 2021
       Respectfully Submit,

               *S / Lise Rubin*   Electronically signed.
               Lise Rubin
               677 Kent Ave.
               Teaneck, NJ 07666
               917-513-2630