```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA RUBIN,

                                 Plaintiff,

-against-

NEW YORK CITY BOARD OF EDUCATION, et al.,

                                 Defendants.

**ORDER**

20-CV-10208 (LGS) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    This case has been referred to the undersigned for case management. Therefore, all correspondence should be addresses to Judge Parker. The Court previously ordered Plaintiff not to submit filings with the Court until after the Initial Case Management Conference. (*See* ECF No. 39.) Plaintiff's filing at ECF No. 54 is in contravention of that order. Accordingly, the Clerk is respectfully requested to strike ECF No. 54 from the docket. The Court will permit Plaintiff ample time to present issues at the Initial Case Management Conference. Plaintiff shall not submit anything else to the Court before the conference Tuesday, October 12, 2021 at 11:00 a.m. (*See* ECF. No. 46.)

    **The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: Lisa Rubin 677 Kent Avenue Teaneck, NJ 07766 and to mail a copy of this order, and the complaint to the New York City Law Department 100 Church Street New York, NY 10007.**

    **The Clerk of Court is respectfully requested to strike ECF No. 54 from the docket.**

Dated: New York, New York
August 5, 2021

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge