USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA RUBIN,

                                    Plaintiff,

          -against-

NEW YORK CITY BOARD OF EDUCATION, et al.,

                                    Defendants.

**ORDER**

**20-CV-10208 (LGS) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

          The Court reminds the parties that there is a short phone conference scheduled for

Friday, September 10, 2021 at 2:00 p.m. to discuss the Defendants' recent letter in which they

request permission to file a motion to dismiss. The parties are directed to call Judge Parker's

AT&T conference line at the scheduled time: (866)434-5269; access code 4858267.

          **The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se**

**litigant at the following address: Lisa Rubin 677 Kent Avenue Teaneck, NJ 07766 and to mail a**

**copy of this order, and the complaint to the New York City Law Department 100 Church Street**

**New York, NY 10007.**

Dated: New York, New York
          September 8, 2021

                              SO ORDERED.

                              _Katharine H Parker_

                              KATHARINE H. PARKER
                              United States Magistrate Judge