USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA RUBIN,<br><br>         Plaintiff,<br><br>-against-<br><br>NEW YORK CITY BOARD OF EDUCATION, et al.,<br><br>         Defendants. | **ORDER**<br><br>20-CV-10208 (LGS) (KHP) |

**KATHARINE H. PARKER, United States Magistrate Judge.**

  Plaintiff has failed to comply with this Court's individual rules concerning requests for adjournment. Accordingly, the request for an adjournment is denied. No response to the Defendants' recent Letter is required or expected at this time. Rather, during the call, the Court will set a schedule for submitting formal written briefs on the issues raised in Defendants' letter and convey other information about scheduling and this Court's rules.

  **The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: Lisa Rubin 677 Kent Avenue Teaneck, NJ 07766 and to mail a copy of this order, and the complaint to the New York City Law Department 100 Church Street New York, NY 10007.**

SO ORDERED.

Dated: New York, New York
   September 9, 2021

                             _____
                             KATHARINE H. PARKER
                             United States Magistrate Judge