USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA RUBIN,<br><br>         Plaintiff,<br><br>-against-<br><br>NEW YORK CITY BOARD OF EDUCATION, et al.,<br><br>         Defendants. | **ORDER**<br><br>20-CV-10208 (LGS) (KHP) |

**KATHARINE H. PARKER, United States Magistrate Judge.**

  Pro se Plaintiff Lise Rubin emailed chambers her draft amended complaint on December 13, 2021 explaining that it will be filed by Friday, December 17, 2021, past the due date. Plaintiff filed to copy defense counsel on the email. Plaintiff is reminded that all Parties are required to file their pleadings on ECF and that ex parte communications and communications via email are prohibited (except with respect to settlement matters with permission from the Court).

  **The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: Lisa Rubin 677 Kent Avenue Teaneck, NJ 07766 and to mail a copy of this order to the New York City Law Department 100 Church Street New York, NY 10007.**

Dated: New York, New York
    December 14, 2021

                  SO ORDERED.

                  *Katharine H. Parker*
                  _____
                  KATHARINE H. PARKER
                  United States Magistrate Judge