```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISE RUBIN,

                                Plaintiff,

                     -against-

NEW YORK CITY BOARD OF EDUCATION, et al.,

                                Defendants.

**ORDER**

20-CV-10208 (LGS) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

       In light of Plaintiff's letter at ECF No. 194, a telephonic pre-motion conference will be held on **Thursday, October 6, 2022, at 12:00 p.m.** to discuss Plaintiff's request for leave to file an amended complaint and Plaintiff's request to file a motion for sanctions upon Defendants. The parties shall dial 1-866-434-5269, access code 4858267, at the scheduled time.

       **The Clerk of Court is respectfully requested to mail a copy of this order to the pro-se litigant at the following address: Lise Rubin 677 Kent Avenue Teaneck, NJ 07766 and to mail a copy of this order to the New York City Law Department 100 Church Street New York, NY 10007.**

SO ORDERED.

Dated: New York, New York
        July 20, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge

1