Rubin v. NYCBOE
20-CV-10208-LGS-KHP

Defendants shall file a responsive letter by
**September 14, 2022**.  So Ordered.

The Clerk of Court is respectfully directed to mail this
Order to the pro se Plaintiff.

Dated: September 9, 2022
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

Lise Rubin,

             Plaintiff,

    -against-

New York City Board of Education, et al.,

             Defendants,

------------------------------------------------------- X

Letter Motion / Request for
**Judicial Notice and Intervention**
**- Recusal of Magistrate Judge Parker**
**Alternatively, for a Hearing before**
**Judge Schofield**

TO:   Honorable Judge Lorna Schofield            September 8, 2022

Dear Judge Schofield;

This Plaintiff continues to be abusively deprived of her rights to Due Process and Equal Protection Under Law by the on-going proceedings. Today the court behaved in an Outrageous manner.

In July and August, Judge Parker refused to address the concerns raised by Plaintiff, including hearing cross motions including a Motion for Rule 11b Sanctions, Relief being to strike / remove some or all of the false representations and documents submit with the intent to harass, and in clear violation of the FRCP.

In August, Judge Parker created a fictional before-the-fact, Pro forma, Default Judgment, ignoring her prior explanation of her behavior, of Sua Sponte vacating Defendant Defaults; and forging ahead in denying my case be heard on the merits.

**Today she allowed the Defendants [Docket #218] to not provide any reply brief on their Motion to Dismiss, pretending that I have not submit cross motions and a substantive Response and Opposition; and also ignoring my Letter Motion sent today [#217]. This is outrageous.**

From the beginning, Judge Parker has taken the position of advocate for the New York City Law Dept. and the BOE defendants. It appears that she continues her mode of operating at Proskauer Rose, on behalf of employers. I am not the first plaintiff to make this observation. On the occasions that she uses citations, they not support her actions.

As I wrote in this morning's letter, this situation is also impeding your review of the Magistrate's Report, as you will have to send it back so that my meritorious Response and Opposition to Defendants' Motion to Dismiss [Docket #214] will be given consideration.

Rubin v. NYCBOE
20-CV-10208-LGS-KHP


Please place a Stay on this action and replace J. Parker with a judge who is not overtly contemptuous of civil rights and civil rights plaintiffs.

I ask to be heard on this matter by yourself.

      Respectfully Submit,

      This 8th day of September, 2022
                 S / Lise Rubin Electronically signed.
                 Lise Rubin
                 677 Kent Ave.
                 Teaneck, NJ 07666
                 917-513-2630 OTL.NewYork@gmail.com

Cc: VIA ECF  Audrey J. Juarez, Assistant Corporation Counsel;
 Elisheva Rosen, Assistant Corporation Counsel
      Attorneys for Defendants,
      100 Church Street, Room 2-316,
      New York, New York 10007
        212 (356-3522 )     erosen@law.nyc.gov  AJuarez@law.nyc.gov