```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LISE RUBIN,

                                  Plaintiff,

-against-                                 **ORDER**

NEW YORK CITY BOARD OF EDUCATION, et al.,     **20-CV-10208 (LGS) (KHP)**

                                Defendants.

**KATHARINE H. PARKER, United States Magistrate Judge.**

On November 21, 2022, Plaintiff submitted a letter to the Temporary Pro Se Filing Inbox. The letter contains confidential medical information and requests accommodations in light of the medical information provided. Plaintiff requested that this letter not be filed on the public docket in accordance with the Individual Rules of the Honorable Lorna G. Schofield. This request is GRANTED.

The Court is considering Plaintiff's requests for accommodation, and it will issue a decision regarding those requests separately. Plaintiff is advised that while her medical information will be kept confidential, the fact that she is requesting an accommodation is not, in itself, confidential, and any Court order granting or denying a requested accommodation will be filed on the public docket, but the order will not reveal any confidential medical information.

Additionally, Plaintiff recently filed six motions seeking to compel the Court to recognize certain briefing in opposition to the Motion to Dismiss, raising concerns about the Court's treatment of Plaintiff's request for an accommodation, and requesting that the Court render a decision on Plaintiff's motion for sanctions against Defendants. (ECF Nos. 237-40, 242-43.) The Court has already explained that these objections are premature since the Court has not yet

issued a Report and Recommendation on the Motion to Dismiss, and the decision on the request for an accommodation is pending. (*See, e.g.* ECF Nos. 230, 236.) Plaintiff will have the opportunity to raise any objections to the Report and Recommendation after the Report is filed.

**The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 237, 238, 239, 240, 242, and 243.**

**SO ORDERED.**

Dated: New York, New York
November 21, 2022

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge