UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

LISE RUBIN,

                              Plaintiff,

– against –

NEW YORK CITY DEPARTMENT OF EDUCATION,
et. al.,

                              Defendants.

**AFFIDAVIT OF SERVICE BY MAIL**

**INDEX NO: 20-CV-10208**

---------------------------------------------------------------------- x

STATE OF NEW YORK
                        : ss.:
COUNTY OF NEW YORK   )

**Lukeem Hanton**, duly sworn deposes and says that:

1. The deponent is not a party to the action and is 18 years of age or older.

2. On **February 9, 2023** the deponent served the **DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S OBJECTIONS TO THE JANUARY 6, 2023 REPORT AND RECOMMENDATION OF THE HONORABLE KATHERINE H. PARKER and UNPUBLISHED CASES** upon the following person or persons:

    **Lise Rubin**
    **677 Kent Avenue**
    **Teaneck, NJ 07666**

3. The number of copies served on each of said persons was 1.

4. The method of service on each of said persons was:

    By mailing the paper to the person at the address designated by him or her for that purpose by depositing the same in a first class, postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York pursuant to CPLR 2103(b)(2).

                                                                   **Lukeem Hanton**

**Sworn to before me this**
**9th day of February, 2023**

Dareth A. Ogle
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01OG6395667
Qualified In Kings County
Commission Expires    July 27, 2023