UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

LISE RUBIN                                                                    No.   20-CV-10208-LGS-KHP
                    Plaintiff,

    -against-

NEW YORK CITY BOARD OF
EDUCATION, et al.,
                    Defendant.
-------------------------------------------------------x

### ORDER

The Court has received and reviewed Plaintiff's February 3, 2023, letter motion seeking an "Emergency Stay, Pending Agreement on Section 504 Plan." (Docket entry no. 265 (the "Letter Motion").) To the extent Plaintiff is requesting that the undersigned issue a stay, or otherwise make or alter any rulings in the above case, the request is denied. The Chief Judge does not have authority to take such action in cases assigned to other members of the Court. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff and to close the motion located at docket entry no. 265.

    SO ORDERED.

Dated: New York, New York
       March 5, 2023

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge