Rubin v. NYCBOE, et al.
20-CV-10208

| | |
|---|---|
| UNITED STATES DISTRICT COURT | SECOND CIRCUIT COURT OF APPEALS |
| SOUTHERN DISTRICT OF NEW YORK | CASE #23-805 |

-------------------------------------------------X    **- CORRECTION – CA2 – 23-805**

Lise Rubin,                                                    20 Civ. 10208 (LGS)

                                        Plaintiff,    **FURTHER, ADDITIONAL, AND / OR**

          -against-                                   **AMENDED NOTICE OF APPEAL**

NEW YORK CITY BOARD OF
          EDUCATION, er al.,
                                        Defendants.
-------------------------------------------------X

Notice is hereby given that plaintiff, Lise Rubin, in the above-named case, hereby files this

*Further, Additional and/or Amended, Notice of Appeal* to the United States Court of Appeals for

the Second Circuit; from the ORDER, Docket # 280, entered in this action on April 12, 2023; and

with Post Judgment Motions and Orders being rolled back into said Notice of Appeal.

It specifically includes:

> Order #277    3/3/2023
> Order #280    4/12/2023
> Order #287    6/16/2023
> Order #289    7/28/2023
> Order #292    8/10/2023

-    And all other Orders, Reports and Decisions of the Court.

Please note that there have been issues pertaining to timely service, or any service, of these orders.

All decisions and orders in the underlying District Court proceeding are under appeal due to

significant and pervasive errors in law and fact.

Defendants in the case are receiving Notice by ECF.


          Respectfully Submit,


          On this 15th day of August, 2023


                    *S | Lise Rubin*   Electronically signed.
                    Lise Rubin
                    P.O. Box 2092
                    Teaneck, NJ 07666
                    917-513-2630
                    OTL.NewYork@Gmail.com


Served by ECF to NYC Law Dept. Corporation Counsel
          Assistant Corporation Counsel
          Traci Krasne    trkrasne@law.nyc.gov


Notice.of.Appeal.8.15.2023.d                                                                    1