MANDATE

1:20-cv-10208-LGS-KHP

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand twenty-four.

_____

Lise Rubin,

      Plaintiff - Appellant,

v.

New York City Board of Education, et al.,

      Defendants – Appellees.

_____

**ORDER**

Docket No. 23-805

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/14/2024___
```

Appellant, pro se, moves for leave to file an opening brief of up to 40 pages.

IT IS HEREBY ORDERED that the motion to file a brief of up to 40 pages is granted, provided the brief does not exceed 14,000 words. *See* Local Rule 32.1(a)(4)(A). Appellant's brief must be filed within 14 days of the date of this order. The appeal is dismissed effective July 22, 2024 unless the brief is filed by that date.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/14/2024